# CERTIFICATE OF TITLE

Form 79-001-11-7-1-000

**STATE OF MISSISSIPPI**

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| KNAFK4A62G5514845 | KIA | 2016 | FLX | 4D | H558225-02 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL. | NEW / USED | TYPE OF VEHICLE | PASS. OR GVW |
|---|---|---|---|---|---|
| 07202016 |  | 04 | X | PASS | 000 |

ODOMETER - TENTHS NOT INCLUDED

004200

ACTUAL MILEAGE

**OWNER**

BROWN APRIL
1388 NOLA RD
MONTICELLO   MS 39654

**1ST LIENHOLDER (OR OWNER IF NO LIEN)**

FERGUSON FEDERAL CREDIT UNION
577 N A SANDIFER HWY
MONTICELLO   MS 39654

DATE: 04/18/2016

**2ND LIENHOLDER**

DATE:

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ (LIENHOLDER) BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

2ND LIEN _____ (LIENHOLDER) BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 20 DAY OF JULY 20 16
16201038164   01954

CONTROL NUMBER
21304394

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**VOID IF ALTERED**

EXHIBIT "A"