# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50343   **Case Name:** April Denise Brown

**Set:** 05/27/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter:** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)