United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50343-KMS
April Denise Brown Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: May 14, 2025      Form ID: n031      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Denise Brown, 1388 Nola Rd, Monticello, MS 39654-8514 |
| cr | + | First Consumers Financial of Monticello, LLC, c/o B. Joey Hood, II, Esq., Post Office Box 759, Ackerman, MS 39735-0759 |
| 5490798 | + | B. Joey Hood, II, B. Joey Hood II, Attorney at Law, PLLC, For First Consumers Financial of Montice, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5483949 | + | Ferguson Federal Credit Union, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5483950 | + | First Consumer Financial of Monticello, LLC, PO Box 879, Monticello, MS 39654-0879 |
| 5483958 | + | MS Title Loan, 610 E Monticelo St, Brookhaven, MS 39601-3435 |
| 5483957 | + | Monticello Finance, 950 W Broad St, Monticello, MS 39654-6028 |
| 5484609 | | River Oaks Hospital, LLC dba Merit Health River, Oaks, C/O David l. Mendelson, Esq. Mendelson L, P.O. BOX 17235, MEMPHIS, TN 38187-0235 |
| 5483963 | + | Tevin Brown, 1388 Nola Rd, Monticello, MS 39654-8514 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5483945 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 14 2025 19:25:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5485681 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 14 2025 19:25:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5483946 | + | Email/Text: bankruptcynotices@conns.com | May 14 2025 19:25:00 | Conn's HomePlus, 2445 Technology Forest, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 5483947 | + | Email/Text: stephenbinning@ymail.com | May 14 2025 19:25:00 | Country Credit LLC, 535 Schwem Ave, Brookhaven, MS 39601-2747 |
| 5483948 | | Email/Text: operations@empower.me | May 14 2025 19:25:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 5483951 | | Email/Text: BNSFN@capitalsvcs.com | May 14 2025 19:25:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5508725 | ^ | MEBN | May 14 2025 19:23:06 | John S. Simpson, Esq., Simpson Law Firm, P.A., For: Fergerson Federal Credit Union, P.O. Box 2058, Madison, MS 39130-2058 |
| 5483952 | + | Email/Text: inchargehq@westcreekfin.com | May 14 2025 19:26:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5491057 | + | Email/Text: inchargehq@westcreekfin.com | May 14 2025 19:26:00 | Koalafi, 424 Hull St Suite 600, Richmond, VA 23224-4114 |
| 5489892 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 19:29:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5483953 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 19:29:52 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5483954 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 32 |

|  |  |  | May 14 2025 19:30:01 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
|---|---|---|---|---|
| 5508890 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2025 19:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5483955 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2025 19:25:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5483956 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2025 19:25:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5502351 | + | Email/Text: bankruptcy_department@clacorp.com | May 14 2025 19:25:00 | Mississippi Title Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 5483959 | + | Email/Text: netcreditbnc@enova.com | May 14 2025 19:26:10 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5483960 | + | Email/PDF: cbp@omf.com | May 14 2025 19:30:01 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5498827 |  | Email/PDF: cbp@omf.com | May 14 2025 19:29:56 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5483961 |  | Email/Text: bankruptcy@republicfinance.com | May 14 2025 19:26:00 | Republic Finance, 525 Brookway Blvd, Brookhaven, MS 39601 |
| 5489273 |  | Email/Text: bankruptcy@republicfinance.com | May 14 2025 19:26:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5508661 | + | Email/Text: bncmail@w-legal.com | May 14 2025 19:25:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5483962 | + | Email/Text: bankruptcy@sccompanies.com | May 14 2025 19:26:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Ferguson Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 32 |

B. Joey Hood, II
    on behalf of Creditor First Consumers Financial of Monticello LLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

John S. Simpson
    on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr
    on behalf of Debtor April Denise Brown trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50343−KMS
**Chapter:** 13

**In re:**

April Denise Brown
aka April D Brown
1388 Nola Rd
Monticello, MS 39654

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 14, 2025                                         Danny L. Miller, Clerk of Court