_____



**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  April Denise Brown                                BANKRUPTCY NO. 25-50343-KMS

_____

**Ferguson Federal Credit Union**                                                                **Movant**

vs.

**April Denise Brown and**
**David Rawlings, Chapter 13 Trustee**                                              **Respondents**

## AGREED ORDER

  **THIS MATTER**, having come on before this Court on the Motion for Relief From Stay and for Other Relief (Docket __18__) filed by Ferguson Federal Credit Union (hereinafter "Ferguson Federal"), and this Court does find that the parties agree as follows:

  **THAT** the automatic stay of 11 U.S.C. § 362 is hereby terminated as to Ferguson Federal's collateral, a 2016 Kia Forte VIN: KNAFK4A62G5514845 (the "Vehicle").  The aforesaid Vehicle is hereby abandoned from the bankruptcy estate, and any interest of the Debtor or the Bankruptcy Estate in the Vehicle is surrendered. The stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this order and Ferguson Federal may

proceed to enforce its security agreement and liquidate its collateral.

##END OF ORDER##

| | |
|---|---|
| **SUBMITTED AND AGREED:** | **AGREED AND APPROVED:** |
| /s/ John S. Simpson | /s/ Thomas Carl Rollins, Jr. |
| John S. Simpson, MSB No. 8525 | Thomas Carl Rollins, Jr., MSB No. 103469 |
| Simpson Law Firm, P. A. | Attorney for Debtor |
| Attorneys for Ferguson Federal Credit Unioin | The Rollins Law Firm |
| P. O. Box 2058 | Hattiesburg, MS 39401 |
| Madison, MS 39130-2058 | (601)500-5533 |
| (601) 957-6600 | trollins@therolllinsfirm.com |
| rboone@simpsonlawfirm.net | |

**AGREED AND APPROVED:**

/s/Samuel J. Duncan

Attorney for Trustee
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601)582-5011
orders@rawlings13.net