**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
**APRIL DENISE BROWN, DEBTOR**                                    **NO. 25-50343-KMS**

---

**APPLICATION TO EMPLOY COUNSEL**

---

To the Honorable Judge of Said Court:

COMES NOW April Denise Brown, Debtor, hereinafter called Debtor, respectfully shows the Court the following:

1.      Debtor filed her Chapter 13 Petition on March 11, 2025.

2.      The Debtor was involved in an automobile accident on December 12, 2025.  Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi.  A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle.  Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights.  The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle traveling southbound on MS27.

3.      The Debtor desires to employ Jake McDaniel of the law firm of Schwartz & Associates, P.A. to represent the interests of the Debtor, if any, and the above-described claim. The attorney has had experience in matters of this character and Debtor believes that the attorney is qualified to represent him and the bankruptcy estate in this matter.  The attorney represents no interest adverse to the Chapter 13 Trustee or this bankruptcy estate and his employment would be in the best interest of this Estate.  The prosecution of this cause of action is necessary for the successful reorganization of the Debtor.  The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.

4.    The professional services to be rendered by the above-named attorney would include the following:

a.    To assist the Debtor in the handling of this claim.

b.    To perform all other legal services for Debtor in connection with this and directly related matters which may be necessary and in the best interest of the Debtor's bankruptcy estate.

5.    This Motion is seeking approval of the employment in that the undersigned counsel was not aware that the Debtor had filed bankruptcy.  While verifying bills and liens, a PACER search showed the Debtor filed bankruptcy on March 11, 2025.  An Order authorizing employment is required because a lot of legal work has been performed on this case, all of which will be a benefit to the Bankruptcy Estate.  The approval of this Application will not prejudice any parties-in-interests because the Debtor anticipates that a recovery and/or settlement will be generated in this matter which will be a benefit to the creditors of the bankruptcy estate.  Per the certificate of service, a copy of this Motion has been served upon the master mailing matrix as constituted by the Court on the date of service.

6.    After the performance of such legal services, or during the performance, upon proper application, the above-named attorney should be allowed reasonable compensation for services rendered as follows: Pursuant to the Professional Service Agreement, Ms. Brooks owes Schwartz & Associates, P.A., 35% of the settlement in legal fees and reasonable and necessary expenses, so long as they do not exceed 50% of the total recovery.  Such fees and expenses shall be requested to be allowed as an administrative expense in this bankruptcy proceeding.

Wherefore, the Debtor prays that he she authorized to employ and appoint Jake McDaniel of Schwartz & Associates, P.A. to represent the Debtor and the above-entitled bankruptcy estate in connection with the above-referenced personal injury claim, and that she have such other and further relief as is just.

Respectfully Submitted,

*/s/ Jake McDaniel*
JAKE McDANIEL, MSB #106130

Schwartz & Associates, P.A.
162 East Amite Street (39201)
Post Office Box 3949
Jackson, Mississippi 39207
(601) 988-8888 (t)
(601) 949-7929(f)
jmcdaniel@1call.org

**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

*Attorney for Debtor*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

*Trustee*
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
edfnotices@rawlings13.net

*United States Trustee*
USTPRRegion05.JA.Ecf@usdoj.gov

All parties listed on the master mailing matrix attached hereto.

This the 20th day of May, 2026.

/s/ Jake McDaniel
Jake McDaniel
jmcdaniel@1call.org