**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
**APRIL DENISE BROWN, DEBTOR**            **NO. 25-50343-KMS**

---

### AFFIDAVIT OF DISINTERESTEDNESS

---

STATE OF MISSISSIPPI

COUNTY OF HINDS

    Jake McDaniel of Schwartz & Associates, P.A. (Affiant) being sworn, deposes and says:

    That Affiant has reviewed the schedules and statement of affairs filed in this bankruptcy case.

    That Affiant has no connection with the Debtor, her creditors, any other party in interest, her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any person employed by the said parties;

    That Affiant is a disinterested person and does not represent or hold any interest adverse to the bankruptcy estate;

    That Affiant will supplement this Affidavit if Affiant subsequently discovers a connection with the Debtor, the creditors, any party in interest, her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any person employed by said parties; and

    That Affiant represents the Debtor in his accident claim, which occurred on December 12, 2025. I have no connection with any creditor or any other party in interest or their attorneys.

                            JAKE McDANIEL, MSB #106130
                            Post Office Box 3949
                            Jackson, Mississippi 39207

    SUBSCRIBED AND SWORN to before me this the ____19th____ day of May, 2026.

                            Notary Public

My Commission Expires: ___AUGUST 10, 2029___

*[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 496418, JOHAN FREY JR., Commission Expires Aug. 10, 2029, RANKIN COUNTY]*