## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**
**ANGELA L. BROOKS, DEBTOR**                                **NO. 22-01602-JAW**

---

### PROPOSED ORDER ON APPLICATION TO APPROVE EMPLOYMENT

---

ON THIS DATE, this Court considered the Application of Angela L. Brooks for an order approving the employment of special counsel for the reasons stated in the Application (Doc #___). The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party.

Accordingly, the application is GRANTED and that the employment of Jake McDaniel of Schwartz & Associates, P.A. as Special Counsel for the Chapter 13 Estate in the above-referenced case for the purposes set forth in the Motion is hereby

APPROVED, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

##END OF ORDER##

Submitted by:

  */s/ Jake McDaniel*
Jake McDaniel, Esq., MSB #106130
**SCHWARTZ & ASSOCIATES, P.A.**
Post Office Box 3949
Jackson, Mississippi 39207-3949
Telephone: (601) 988-8888
Facsimile: (601) 949-7929
Email: jmcdaniel@1call.org