Label Matrix for local noticing
0538-3
Case 22-01602-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Fri Feb  9 08:21:38 CST 2024

Bridgecrest Acceptance Corporation, c/o AIS
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

At&t
3585 Pemberton Square Blvd
Vicksburg, MS 39180-5505

Bridgecrest
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209-3324

Bridgecrest Acceptance Corporation
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept APS
Oklahoma City OK 73118-7901

C Spire
2314 Iowa Blvd #400
Vicksburg, MS 39180-5997

Community Choice
2310 Iowa Blvd. #5
Vicksburg, MS 39180-5881

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Dept Of Ed/582/nelnet
Attn: Bankruptcy Claims
Po Box 82505
Lincoln, NE 68501-2505

Dept Of Ed/582/nelnet
c/o US Attorney
501 E Court St Ste 4.430
Jackson, MS 39201-5025

Directv
3585 Pemberton Square Blvd
Vicksburg, MS 39180-5505

Dish Network
9601 S. Meridian Blvd
Englewood, CO 80112-5905

Lakeland Radiologist
PO Box 55589
Jackson MS 39296-5589

Med Data Systems
Attn: Bankruptcy
2001 9th Ave, Ste 312
Vero Beach, FL 32960-6413

Pink Dogwood 13, LLC
PO BOX 1931
Burlingame, CA 94011-1931

Security Finance
Attn: Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

(p)SIMPLE FAST LOANS  INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

Smith Rouchon & Associates
Sra
1456 Ellis Ave
Jackson, MS 39204-2204

Southern Financial Systems, Inc
2603 Oak Grove Road
Suite B
Hattiesburg, MS 39402-8928

Southern Financial Systems, Inc
Po Box 15203
Hattiesburg, MS 39404-5203

Speedy/Rapid Cash
P.O. Box 780408
Wichita, KS 67278-0408

Sunrise Credit Services, Inc.
Attn: Bankruptcy
260 Airport Plaza
Farmingdale, NY 11735-3946

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Thrash & Thrash
129 North State St
Jackson MS 39201-2811

US DEPARTMENT OF EDUCATION C/O NELNET
121 S 13TH ST STE 201
LINCOLN, NE 68508-1911

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Vicksburg Video
900 US-61
Vicksburg, MS 39180

Woodforest
2150 Iowa Blvd
Vicksburg, MS 39180-5572

World Finance
Attn: Bankruptcy
Po Box 6429
Greenville, SC 29606-6429

World Finance
World Acceptance Corp. Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606-6429

Angela L Brooks
1015 Urban Court, Apt. H
Vicksburg, MS 39180-3875

David Culver Rawlings
David C. Rawlings
P.O. Box 31980
Jackson, MS 39286-1980

Edwin Woods Jr.
Bond & Botes of Mississippi, P.C.
120 Southpointe
Suite A
MS
Byram, MS 39272-5586

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Simple Fast Loans
8601 Dunwoody Place
Suite 406
Atlanta, GA 30350

TMobile
PO Box 37380
Albuquerque, NM 87176

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33