## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  APRIL DENISE BROWN,                              CASE NO. 25-50343-KMS

        DEBTOR.                                           CHAPTER 13


To:    Jacob A. McDaniel, Esq.
        jmcdaniel@1call.org

### Notice – Action Required

On May 20, 2026, an Application to Employ Counsel (Dkt. #29) and a Notice (Dkt. #30) were filed by you on behalf of April Denise Brown in the above-styled case

**YOU ARE HEREBY NOTIFIED** that the Application and Notice are defective for the following reason(s):

- Failure to attach the correct list of creditors/mailing matrix to the application (dkt. #29) and to the notice (dkt. #30)

**THEREFORE,** you must file an amended certificate of service for the application and the notice attaching the correct list of creditors/mailing matrix with the date of service to all creditors and parties-in-interest listed.

**YOU ARE FURTHER NOTIFIED** that failure to correct the above deficiency on or before July 7, 2026, may result in an order being entered dismissing the above-mentioned Application without further notice or hearing, or in other action taken by the Court.


Dated: June 23, 2026                         Danny L. Miller, Clerk of Court

                                           By: /s/ Keisha Moore
                                         Thad Cochran United States Courthouse
                                         United States Bankruptcy Court
                                         501 E. Court Street, Suite 2.300
                                         Jackson, MS 39201
                                         601-608-4639