**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR**                    **NO. 25-50343-KMS**

TO:    Honorable David Rawlings
       Chapter 13 Trustee
       P.O. Box 566
       Hattiesburg, MS 39403

All Scheduled Creditors

NOTICE OF FILING APPLICATION TO EMPLOY COUNSEL

YOU ARE HEREBY NOTIFIED that the above-named Debtor has filed with the Bankruptcy Court an Amended Application to Employ Counsel (see copy of proposed motion attached).

YOU ARE FURTHER NOTIFIED that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 23rd day of June, 2026.

        /s/  Jake McDaniel
        JAKE McDANIEL, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org

## **CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

All parties listed on the master mailing matrix attached hereto.

This the 23rd day of June, 2026.

*/s/ Jake McDaniel*
JAKE McDANIEL