

MEMPHIS TN 380

24 JUN 2026 PM 1L

quadient

FIRST-CLASS MAIL
IMI
$000.74⁰
06/23/2026 ZIP 38804

US POSTAGE

U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

JUN 29 2026

Danny L. Millet, Clerk of Court
By:_____,Deputy Clerk

SCREENED
US MARSHAL

39501-203669

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR                    NO. 25-50343-KMS

## AMENDED APPLICATION TO EMPLOY COUNSEL.

To the Honorable Judge of Said Court:

COMES NOW April Denise Brown, Debtor, hereinafter called Debtor, respectfully shows the Court the following:

1. Debtor filed her Chapter 13 Petition on March 11, 2025.

2. The Debtor was involved in an automobile accident on December 12, 2025. Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi. A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle. Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights. The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle traveling southbound on MS27.

3. The Debtor desires to employ Jake McDaniel of the law firm of Schwartz & Associates, P.A. to represent the interests of the Debtor, if any, and the above-described claim. The attorney has had experience in matters of this character and Debtor believes that the attorney is qualified to represent him and the bankruptcy estate in this matter. The attorney represents no interest adverse to the Chapter 13 Trustee or this bankruptcy estate and his employment would be in the best interest of this Estate. The prosecution of this cause of action is necessary for the successful reorganization of the Debtor. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.

Page 1 of 4

4. The professional services to be rendered by the above-named attorney would include the following:

   a. To assist the Debtor in the handling of this claim.

   b. To perform all other legal services for Debtor in connection with this and directly related matters which may be necessary and in the best interest of the Debtor's bankruptcy estate.

5. This Motion is seeking approval of the employment in that the undersigned counsel was not aware that the Debtor had filed bankruptcy. While verifying bills and liens, a PACER search showed the Debtor filed bankruptcy on March 11, 2025. An Order authorizing employment is required because a lot of legal work has been performed on this case, all of which will be a benefit to the Bankruptcy Estate. The approval of this Application will not prejudice any parties-in-interests because the Debtor anticipates that a recovery and/or settlement will be generated in this matter which will be a benefit to the creditors of the bankruptcy estate. Per the certificate of service, a copy of this Motion has been served upon the master mailing matrix as constituted by the Court on the date of service.

6. After the performance of such legal services, or during the performance, upon proper application, the above-named attorney should be allowed reasonable compensation for services rendered as follows: Pursuant to the Professional Service Agreement, Ms. Brooks owes Schwartz & Associates, P.A., 35% of the settlement in legal fees and reasonable and necessary expenses, so long as they do not exceed 50% of the total recovery. Such fees and expenses shall be requested to be allowed as an administrative expense in this bankruptcy proceeding.

Page 2 of 4

Wherefore, the Debtor prays that he she authorized to employ and appoint Jake McDaniel of Schwartz & Associates, P.A. to represent the Debtor and the above-entitled bankruptcy estate in connection with the above-referenced personal injury claim, and that she have such other and further relief as is just.

Respectfully Submitted,

/s/ Jake McDaniel
JAKE McDANIEL, MSB #106130

Schwartz & Associates, P.A.
162 East Amite Street (39201)
Post Office Box 3949
Jackson, Mississippi 39207
(601) 988-8888 (t)
(601) 949-7929(f)
jmcdaniel@1call.org

Page 3 of 4

## CERTIFICATE OF SERVICE

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

Attorney for Debtor
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

Trustee
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
edfnotices@rawlings13.net

United States Trustee
USTPRRegion05.JA.Ecf@usdoj.gov

April Denise Brown
1388 Nola Road
Monticello, MS 39654-8514

All parties listed on the master mailing matrix attached hereto.

This the 23rd day of June, 2026.

/s/ Jake McDaniel
Jake McDaniel
jmcdaniel@1call.org

Page 4 of 4

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR

NO. 25-50343-KMS

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MISSISSIPPI

COUNTY OF HINDS

Jake McDaniel of Schwartz & Associates, P.A. (Affiant) being sworn, deposes and says:

That Affiant has reviewed the schedules and statement of affairs filed in this bankruptcy case.

That Affiant has no connection with the Debtor, her creditors, any other party in interest, her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any person employed by the said parties;

That Affiant is a disinterested person and does not represent or hold any interest adverse to the bankruptcy estate;

That Affiant will supplement this Affidavit if Affiant subsequently discovers a connection with the Debtor, the creditors, any party in interest, her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any person employed by said parties; and

That Affiant represents the Debtor in his accident claim, which occurred on December 12, 2025. I have no connection with any creditor or any other party in interest or their attorneys.

JAKE McDANIEL, MSB #106130
Post Office Box 3949
Jackson, Mississippi 39207

SUBSCRIBED AND SWORN to before me this the __19th__ day of May, 2026.

My Commission Expires: __AUGUST 10, 2029__

Notary Public

*[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID# 496418 JOHAN FREY JR. Commission Expires Aug. 10, 2029 RANKIN COUNTY]*



**RICHARD SCHWARTZ & ASSOCIATES, P.A. INJURY LAWYERS**

### PROFESSIONAL SERVICE AGREEMENT

THE UNDERSIGNED, _April Brown_ _____,
(hereinafter referred to as "Client"), employs the law firm of Schwartz and Associates, P.A., (hereinafter referred to as "Firm") as the Attorneys at Law to recover by suit or settlement, claims for damages by reason of that certain incident that occurred on or about
_12/12/2025_ _____ and agree that said firm shall receive for their services a sum of equal to thirty five percent (35%) of the total recovery for their services so obtained prior to filing a lawsuit. If suit is filed, it is agreed that Firm shall receive for their services a sum equal to forty two percent (42%) of the total recovery so obtained. It is understood that the attorney fee is calculated and paid before any other funds are distributed.

It is understood that expenses incurred by the Firm in the investigation and preparation of the claim will be deducted from the amount recoverable after the attorney fee is calculated and before any funds are distributed. Further, if there is a structured settlement, the fees shall be calculated on the present value of the settlement and paid as a lump sum to the Firm at the time of settlement.

The Firm will, at its discretion, pay the legal cost for your claim. Client consents to and authorizes the Firm to retain the services of any experts, doctors, investigators, etc. to work on client's case. Client agrees to pay cost and expenses which shall include, but are not limited to: court costs, computerized legal research costs, legal AI platforms used by the firm, deposition costs, expert costs, witness fee costs, investigator fees, accident reports, medical costs (evaluation, reports and bills, third party medical records vendors), preparation of exhibits and trial costs, copy costs, postage, faxes, long distance telephone charges, reasonable cost of travel undertaken on your behalf, advances, and in addition to any of the above costs. Client further specifically agrees to pay startup costs and administrative costs in the amount of Two Hundred Ninety-Nine Dollars ($299) as well as any other disbursement or expense incurred by the firm or made to or on behalf of the Client.

I hereby authorize the firm, at its discretion, to guarantee payment of my outstanding medical bills and other expenses as they relate to my claim out of the net proceeds of any settlement or judgement. All medical bills not paid out of the settlement remain the Client's responsibility.

Client hereby gives the Firm Power of Attorney to execute all documents and papers the Client could execute relating to the subject matter of the claim or cause of action.

Client initial

Page 1 of 3

**SCHWARTZ & ASSOCIATES, P.A.**



**RICHARD SCHWARTZ & ASSOCIATES, P.A. INJURY LAWYERS**

Client hereby assigns and gives the firm a lien on Client's claim or cause of action or on any sum recovered by way of settlement or any judgment that may be recovered. Either Client or the Firm can withdraw from the case by giving reasonable written notice to the other. If the Firm determines that Client's cause does not have adequate merit, the Firm may withdraw. Any withdrawal by the Firm shall be consistent with the Mississippi Rules of Professional Conduct. In the event that you dismiss the Firm you hereby give the Firm a lien on your future recovery, if any, to secure payment of our cost and attorney fees incurred up until the time of discharge.

The Firm will not compromise said claim without the approval of the Client. The Client agrees to hire the Firm on a contingency fee basis. A written accounting will be provided to you listing incurred fees, costs, known outstanding expenses and known outstanding medical bills. The Firm may, upon approval of the Client, employ associate counsel to assist them in the furtherance of Client's cause of action or claim at the Firm's expense.

During the course of representing you for this matter, Schwartz & Associates will need to communicate with you in whatever methods we are best able to reach you, including phone calls, regular mail, emails, text messages, or other forms of electronic communication. As such you give us your express consent to contact you via these methods. In addition, you give our law firm consent to communicate with you in the same formats as listed above after our representation for this matter has concluded. If you ever desire to not be contacted via a certain method, please let us know in writing.

**Arbitration Clause:** All disputes arising under this agreement shall be governed by and interpreted in accordance with the laws of Mississippi, without regard to principles of conflict of laws. The parties to this agreement will submit all disputes arising under this agreement to arbitration before a single arbitrator of the American Arbitration Association (AAA). The arbitrator shall be selected by application of the rules of the AAA, or by mutual agreement of the parties, except that such arbitrator shall be an attorney admitted to practice law in the state of Mississippi. No party to this agreement will challenge the jurisdiction or venue provisions as provided in this section. Nothing contained herein shall prevent the party from obtaining an injunction.

Page 2 of 3



**RICHARD SCHWARTZ & ASSOCIATES, P.A. INJURY LAWYERS**

I acknowledge that I have read and understand this agreement. I agree to the terms of this contract and further agree that it constitutes the entire agreement between us. The provisions of this contract are severable. If one part is determined to be invalid, the rest of the contract remains in effect. This contract shall by interpreted according to the laws of the State of Mississippi. There are no other agreements, oral or written.

This is the _____ day of _____ 20____.

SCHWARTZ & ASSOCIATES, P.A.

By: _____          _____

Representing Attorney                             Client

Page 3 of 3

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR

NO. 25-50343-KMS

PROPOSED ORDER ON APPLICATION TO APPROVE EMPLOYMENT

ON THIS DATE, this Court considered the Amended Application of April Denise Brown for an order approving the employment of special counsel for the reasons stated in the Application (Doc #___). The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party.

Accordingly, the application is GRANTED and that the employment of Jake McDaniel of Schwartz & Associates, P.A. as Special Counsel for the Chapter 13 Estate in the above-referenced case for the purposes set forth in the Motion is hereby

APPROVED, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

##END OF ORDER##

Submitted by:

/s/ Jake McDaniel
Jake McDaniel, Esq., MSB #106130
SCHWARTZ & ASSOCIATES, P.A.
Post Office Box 3949
Jackson, Mississippi 39207-3949
Telephone: (601) 988-8888
Facsimile: (601) 949-7929
Email: jmcdaniel@1call.org

Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Apr  8 08:29:35 CDT 2026

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

CashNetUSA
175 N Jackson Blvd
Suite 600
Chicago, IL 60604-2948

(p)ENPOWER FINANCE INC
9169 W STATE ST
8499
GARDEN CITY ID 83714-1733

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1093

Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

MS Title Loan
610 E Monticelo St
Brookhaven, MS 39601-3435

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Monticello Finance
950 N Broad St
Monticello, MS 39654-6328

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

First Consumers Financial of Monticello, LLC
c/o B. Joey Hood, II, Esq.
Post Office Box 759
Ackerman, MS 39735-0759

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Montice
Post Office Box 759
Ackerman, MS 39735-0759

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 803
The Woodlands, TX 77381-5250

Ferguson Federal Credit Union
1026 E Broad St
Monticello, MS 39654-7702

John S. Simpson, Esq.
Simpson Law Firm, P.A.
For: Ferguson Federal Credit Union
P.O. Box 2058
Madison, MS 39130-2058

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

(p)REPUBLIC FINANCE LLC
282 POKER RD
PONCHATOULA LA 70454-8318

Monticello Finance, LLC
PO box 2048
Monticello, MS 39654-2048

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

Country Credit LLC
535 Schwem Ave
Brookhaven, MS 39601-2747

First Consumer Financial of Monticello, LLC
PO Box 879
Monticello, MS 39654-8879

Koalafi
424 Hull St Suite 600
Richmond, VA 23224-4114

Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Mississippi Title Loans, Inc.
c/o Legal Dept
8601 Dunwoody Place, Ste. 406
Atlanta, GA 30350-2550

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

River Oaks Hospital, LLC dba Merit Health Ri
Oaks
C/O David 1. Mendelson, Esq. Mendelson L
P.O. BOX 17235
MEMPHIS, TN 38187-0235

Scolepas, LLC
C/O Weinstein & Riley, P.S
743 GATEWAY, SUITE G-601
ABILENE, TX 79602-1195

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

April Denise Brown
1388 Nola Rd
Monticello, MS 39654-8514

Kevin Brown
1388 Nola Rd
Monticello, MS 39654-8514

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
660 York St Ste 102
San Francisco, CA 94110

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
525 Brookway Blvd
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

End of Label Matrix
Mailable recipients      36
Bypassed recipients       2
Total                    38

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR

NO. 25-50343-KMS

TO: Honorable David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

All Scheduled Creditors

## NOTICE OF FILING APPLICATION TO EMPLOY COUNSEL

YOU ARE HEREBY NOTIFIED that the above-named Debtor has filed with the Bankruptcy Court an Amended Application to Employ Counsel (see copy of proposed motion attached).

YOU ARE FURTHER NOTIFIED that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 23rd day of June, 2026.

/s/ Jake McDaniel
JAKE McDANIEL, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org

Page 1 of 2

## CERTIFICATE OF SERVICE

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

All parties listed on the master mailing matrix attached hereto.

This the 23rd day of June, 2026.

/s/ Jake McDaniel
JAKE McDANIEL

Page 2 of 2

Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Apr 8 08:29:35 CDT 2026

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

(p)ENPOWER FINANCE INC
9169 W STATE ST
#499
GARDEN CITY ID 83714-1733

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1503 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

Koalafi
Atta: Bankruptcy
Po Box 5518
Glen Allen, VA 23059-5518

MS Title Loan
610 E Monticello St
Brookhaven, MS 39601-3435

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Monticello Finance
950 N Broad St
Monticello, MS 39654-6228

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

First Consumers Financial of Monticello, LLC
c/o B. Joey Hood, II, Esq.
Post Office Box 759
Ackerman, MS 39735-0759

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Montice
Post Office Box 759
Ackerman, MS 39735-0759

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Ferguson Federal Credit Union
1026 E Broad St
Monticello, MS 39654-7702

John S. Simpson, Esq.
Simpson Law Firm, P.A.
For: Ferguson Federal Credit Union
P.O. Box 2058
Madison, MS 39130-2058

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Funding, LLC
Atta: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Monticello Finance, LLC
PO box 2048
Monticello, MS 39654-2048

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2663

Country Credit LLC
535 Schwem Ave
Brookhaven, MS 39601-2747

First Consumer Financial of Monticello. LLC
PO Box 879
Monticello, MS 39654-0879

Koalafi
424 Hull St Suite 400
Richmond, VA 23224-4114

Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Mississippi Title Loans, Inc.
c/o Legal Dept
8601 Dunwoody Place, Ste. 406
Atlanta, GA 30350-2550

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

River Oaks Hospital, LLC dba Merit Health Ri
Oaks
C/O David L. Mendelson, Esq. Mendelson L
P.O. BOX 17235
MEMPHIS, TN 38187-0235

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

April Denise Brown
1388 Nola Rd
Monticello, MS 39654-8514

Tevin Brown
1388 Nola Rd
Monticello, MS 39654-8514

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Enpower Cash Advance
Attn: Bankruptcy
660 York St Ste 102
San Francisco, CA 94110

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

Republic Finance
525 Brookway Blvd
Brookhaven, MS 39601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

End of Label Matrix
Mailable recipients   36
Bypassed recipients    2
Total                 38