IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   APRIL DENISE BROWN,
            DEBTOR(S)

                                        CHAPTER 13 BANKRUPTCY
                                        CASE NO.:   25-50343 -KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO MOTION TO MODIFY
CHAPTER 13 PLAN (DOCKET #36)**

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Motion To Modify Plan (Docket #36), and says that the Trustee has not received any insurance funds at this time to verify if the funds are enough to pay vehicle in full and allow a possible refund to debtor.

                                     Respectfully submitted,

                                     DAVID RAWLINGS, TRUSTEE

                                     BY:   */s/Brian Wilson*
                                           Brian Wilson,
                                           His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East

−2−

Court Street, Suite 6-430, Jackson, Mississippi 39201; and Rollins Law Firm, P.O. Box 13767, Jackson, Mississippi 39236.

So certified on this the day July 23, 2026

*/s/ Brian Wilson*
Brian Wilson