## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**     **April Denise Brown, Debtor**          Case No. 25-50343-KMS
                                              **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: July 31, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         The Rollins Law Firm, PLLC
                                         P.O Box 13767
                                         Jackson, MS 39236
                                         601-500-5533
                                         trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  **April Denise Brown, Debtor**  **Case No. 25-50343-KMS**
**CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 03/11/2025.
2. Debtor is paying approximately $ 8,214.55 to General Unsecured Debts through the plan.
3. A Supplemental Schedule I and J (Dk #40) has been filed evidencing debtor's current income and expenses and demonstrating her ability to make the proposed direct payments for the vehicle loan.
4. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with an interest rate not to exceed 25.00% with a monthly payment not to exceed $450.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on July 29, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21-day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

 APRIL DENISE BROWN

CASE NO: 25-50343-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/31/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/31/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

APRIL DENISE BROWN

CASE NO: 25-50343-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/31/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/31/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-50343-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI JUL 31 9-0-44 PST 2026

EXCLUDE

(U)FERGUSON FEDERAL CREDIT UNION

FIRST CONSUMERS FINANCIAL OF MONTICELLO  LLC
CO B JOEY HOOD  II  ESQ
POST OFFICE BOX 759
ACKERMAN  MS 39735-0759

MONTICELLO FINANCE  LLC
PO BOX 2048
MONTICELLO  MS 39654-2048

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

B JOEY HOOD  II
B JOEY HOOD II  ATTORNEY AT LAW  PLLC
FOR FIRST CONSUMERS FINANCIAL OF MONTICE
POST OFFICE BOX 759
ACKERMAN  MS 39735-0759

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948

CONNS HOMEPLUS
2445 TECHNOLOGY FOREST
BUILDING 4  SUITE 800
THE WOODLANDS  TX 77381-5258

COUNTRY CREDIT LLC
535 SCHWEM AVE
BROOKHAVEN  MS 39601-2747

EMPOWER CASH ADVANCE
ATTN BANKRUPTCY
660 YORK ST STE 102
SAN FRANCISCO  CA 94110-2102

(P)FERGUSON FEDERAL CREDIT UNION
1026 E BROAD ST
MONTICELLO MS 39654-7702

FIRST CONSUMER FINANCIAL OF MONTICELLO  LLC
PO BOX 879
MONTICELLO  MS 39654-0879

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

JOHN S SIMPSON  ESQ
SIMPSON LAW FIRM  PA
FOR FERGERSON FEDERAL CREDIT UNION
PO BOX 2058
MADISON  MS 39130-2058

KOALAFI
424 HULL ST SUITE 600
RICHMOND  VA 23224-4114

KOALAFI
ATTN BANKRUPTCY
PO BOX 5518
GLEN ALLEN  VA 23058-5518

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MS TITLE LOAN
610 E MONTICELO ST
BROOKHAVEN  MS 39601-3435

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
320 EAST BIG BEAVER
TROY  MI 48083-1271

MIDLAND FUNDING  LLC
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

MISSISSIPPI TITLE LOANS  INC
CO LEGAL DEPT
8601 DUNWOODY PLACE  STE 406
ATLANTA  GA 30350-2550

MONTICELLO FINANCE
950 W BROAD ST
MONTICELLO  MS 39654-6028

EXCLUDE

(D)MONTICELLO FINANCE  LLC
PO BOX 2048
MONTICELLO  MS 39654-2048

NETCREDIT
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 142
EVANSVILLE  IN 47701-0142

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251


EXCLUDE

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RIVER OAKS HOSPITAL  LLC DBA MERIT HEALTH RI
OAKS
CO DAVID L MENDELSON  ESQ MENDELSON L
PO BOX 17235
MEMPHIS  TN 38187-0235


SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY  SUITE G-601
ABILENE  TX 79602-1196

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

TEVIN BROWN
1388 NOLA RD
MONTICELLO  MS 39654-8514


EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

APRIL DENISE BROWN
1388 NOLA RD
MONTICELLO  MS 39654-8514

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566


EXCLUDE

JACOB MCDANIEL
SCHWARTZ  ASSOCIATES  PA
POST OFFICE BOX 3949
JACKSON  MS 39207-3949

JACOB A MCDANIEL
SCHWARTZ  ASSOCIATES
162 E AMITE STREET
JACKSON  MS 39201-2118

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767