# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50343 **Case Name:** April Denise Brown

**Set:** 09/22/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 6/30/2026 Filed by Debtor April Denise Brown Objections due 07/30/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #36)

Response filed by the Trustee (Dkt. #39)

---

Minute Entry Re: (related document(s): [36] Motion and 30 Day Notice to Modify Plan filed by April Denise Brown) Appearance: Brian Christopher Wilson. Matter will be reset at request of parties. (cwe)