United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50343-KMS
April Denise Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | April Denise Brown, 1388 Nola Rd, Monticello, MS 39654-8514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Consumers Financial of Monticello LLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jacob A. McDaniel | on behalf of Debtor April Denise Brown jmcdaniel@1call.org jmccarley@1call.org |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor April Denise Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: APRIL DENISE BROWN,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO.: 25-50343-KMS

DAVID RAWLINGS, TRUSTEE

**AGREED ORDER ON MOTION AND NOTICE**
**TO MODIFY PLAN (DOCKET #36)**

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion and Notice To Modify Chapter 13 Plan (Docket #36) and the Trustee's Response (Docket #39). The parties have agreed the Debtor's Motion should be granted, and he should disburse the insurance proceeds in accord with this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee shall disburse, in accord with regular Plan receipts, from the insurance proceeds ($12,142.25) on the Monticello Finance secured claim (Claim #16) regarding a 1997 Chevrolet, the balance of the subject Secured Claim, which is currently $2,312.64, plus any applicable interest at 10%, and upon the receipt of said funds, the title to the subject vehicle shall be released to Mississippi Farm Bureau Insurance Company. The trustee will make no further payments to Monticello Finance on this claim through

the plan. From the remainder of the insurance proceeds received the case trustee will disburse one-half (1/2) of the remaining proceeds to unsecured creditors with timely filed proofs of claim, and the debtor will be refunded the other one-half (1/2) of the remaining insurance proceeds for assistance in a replacement vehicle per previous Order entered in this case (Docket #45).

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net

Agreed by:

/s/ Thomas C. Rollins, Jr.
Attorney For Debtor