**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: APRIL DENISE BROWN,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO.: 25-50343-KMS

DAVID RAWLINGS, TRUSTEE

**AMENDED AGREED ORDER ON MOTION AND NOTICE TO MODIFY PLAN (DOCKET #36)**

An Agreed Order (Docket #49) was previously entered on September 23, 2026. The Agreed Order incorrectly stated the amount owed to Monticello Finance was $2,312.64 which is the amount paid on the claim. The Agreed Order (Docket #49) is AMENDED solely to correctly state the payoff to Monticello Finance in the amount of $2,450.47. The remainder of the previous Agreed Order is not changed.

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion and Notice To Modify Chapter 13 Plan (Docket #36) and the Trustee's Response (Docket #39). The parties have agreed the Debtor's Motion should be granted, and he should disburse the insurance proceeds in accord with this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee shall disburse, in accord with regular Plan receipts, from the insurance proceeds ($12,142.25) on the Monticello

Finance secured claim (Claim #16) regarding a 1997 Chevrolet, the balance of the subject Secured Claim, which is currently $2,450.47, plus any applicable interest at 10%, and upon the receipt of said funds, the title to the subject vehicle shall be released to Mississippi Farm Bureau Insurance Company. The trustee will make no further payments to Monticello Finance on this claim through the plan. From the remainder of the insurance proceeds received the case trustee will disburse onehalf (1/2) of the remaining proceeds to unsecured creditors with timely filed proofs of claim, and the debtor will be refunded the other one-half (1/2) of the remaining insurance proceeds for assistance in a replacement vehicle per previous Order entered in this case (Docket #45).

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee PO
Box 566
Hattiesburg, MS 39403
(601) 582-5011 Miss.
Bar No. 99994
bwilson@rawlings13.net

Agreed by:

/s/ Thomas C. Rollins, Jr.
Attorney For Debtor