**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

TO: David Rawlings
P. O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

All Scheduled Creditors

NOTICE OF FILING APPLICATION TO COMPROMISE CONTROVERSY

YOU ARE HEREBY NOTIFIED that the above-named Debtor has filed with the Bankruptcy Court an Application to Compromise Controversy.

YOU ARE FURTHER NOTIFIED that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 27th day of October, 2026.

*/s/ Jake McDaniel*
Jake McDaniel, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org

**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

*/s/ Jake McDaniel*
Jake McDaniel