**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

# APPLICATION FOR COMPENSATION

To the Honorable Judge of Said Court:

COMES NOW April Denise Brown, Debtor, hereinafter called "Debtor" and would respectfully show unto the Court the following:

1.

Debtor filed her Chapter 13 Petition on March 11, 2025.

2.

The Debtor was involved in an automobile accident on December 12, 2025. Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi. A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle. Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights. The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle owned by Christopher Smith, driven by Carla Smith, traveling southbound on MS27.

3.

With approval by this Court, the Debtor employed Jake McDaniel and the law firm of Schwartz & Associates, P.A. to represent her in the above-described claim. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.

4.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. were successful in their

representation of the Debtor. Settlement of the Debtor's personal injury claim has been reached, whereby the adverse owner, Christopher Smith, by and through the liability insurance carrier, Mississippi Farm Bureau Casualty Insurance Company, has agreed to pay to Debtor the sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) in full and complete settlement of said claim and cause of action.

5.

Schwartz & Associates, P.A., as Special Counsel for the Debtor seeks compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00 as more fully set forth in the Professional Service Agreement, Exhibit "A" and description of expenses attached as Exhibit "B".

Wherefore, the Debtor prays that the sum of $8,750.00 be paid to Jake McDaniel and the law firm of Schwartz & Associates, P.A. and for any such other and further relief as is just.

Dated this the 27th day of October, 2026.

Respectfully submitted,

*/s/ Jake McDaniel*

JAKE MCDANIEL, MSB #106130
**SCHWARTZ & ASSOCIATES, P.A.**
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929
jmcdaniel@1call.org

**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

*Attorney for Debtor*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

*Trustee*
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
edfnotices@rawlings13.net

*United States Trustee*
USTPRRegion05.JA.Ecf@usdoj.gov

April Denise Brown
1388 Nola Road
Monticello, MS 39654-8514

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

*/s/ Jake McDaniel*
Jake McDaniel
jmcdaniel@1call.org