RICHARD SCHWARTZ
& ASSOCIATES, P. A.
INJURY LAWYERS

# ***PROFESSIONAL SERVICE AGREEMENT***

THE UNDERSIGNED, April Brown, (hereinafter referred to as "Client"), employs the law firm of Schwartz and Associates, P.A., (hereinafter referred to as "Firm") as the Attorneys at Law to recover by suit or settlement, claims for damages by reason of that certain incident that occurred on or about 12/12/2025 and agree that said firm shall receive for their services as sum of equal to thirty five percent (35%) of the total recovery for their services so obtained prior to filing a lawsuit. If suit is filed, it is agreed that Firm shall receive for their services a sum equal to forty two percent (42%) of the total recovery so obtained. It is understood that the attorney fee is calculated and paid before any other funds are distributed.

It is understood that expenses incurred by the Firm in the investigation and preparation of the claim will be deducted from the amount recoverable after the attorney fee is calculated and before any funds are distributed. Further, if there is a structured settlement, the fees shall be calculated on the present value of the settlement and paid as a lump sum to the Firm at the time of settlement.

The Firm will, at its discretion, pay the legal cost for your claim. Client consents to and authorizes the Firm to retain the services of any experts, doctors, investigators, etc. to work on client's case. Client agrees to pay cost and expenses which shall include, but are not limited to: court costs, computerized legal research costs, legal AI platforms used by the firm, deposition costs, expert costs, witness fee costs, investigator fees, accident reports, medical costs (evaluation, reports and bills, third party medical records vendors), preparation of exhibits and trial costs, copy costs, postage, faxes, long distance telephone charges, reasonable cost of travel undertaken on your behalf, advances, and in addition to any of the above costs. Client further specifically agrees to pay startup costs and administrative costs in the amount of Two Hundred Ninety-Nine Dollars ($299) as well as any other disbursement or expense incurred by the firm or made to or on behalf of the Client.

I hereby authorize the firm, at its discretion, to guarantee payment of my outstanding medical bills and other expenses as they relate to my claim out of the net proceeds of any settlement or judgement. All medical bills not paid out of the settlement remain the Client's responsibility.

Client hereby gives the Firm Power of Attorney to execute all documents and papers the Client could execute relating to the subject matter of the claim or cause of action.

AB
Client initial

**SCHWARTZ & ASSOCIATES, P.A.**

RICHARD SCHWARTZ
& ASSOCIATES, P. A.
INJURY LAWYERS

Client hereby assigns and gives the firm a lien on Client's claim or cause of action or on any sum recovered by way of settlement or any judgment that may be recovered. Either Client or the Firm can withdraw from the case by giving reasonable written notice to the other. If the Firm determines that Client's cause does not have adequate merit, the Firm may withdraw. Any withdrawal by the Firm shall be consistent with the Mississippi Rules of Professional Conduct. In the event that you dismiss the Firm you hereby give the Firm a lien on your future recovery, if any, to secure payment of our cost and attorney fees incurred up until the time of discharge.

The Firm will not compromise said claim without the approval of the Client. The Client agrees to hire the Firm on a contingency fee basis. A written accounting will be provided to you listing incurred fees, costs, known outstanding expenses and known outstanding medical bills. The Firm may, upon approval of the Client, employ associate counsel to assist them in the furtherance of Client's cause of action or claim at the Firm's expense.

During the course of representing you for this matter, Schwartz & Associates will need to communicate with you in whatever methods we are best able to reach you, including phone calls, regular mail, emails, text messages, or other forms of electronic communication. As such you give us your express consent to contact you via these methods. In addition, you give our law firm consent to communicate with you in the same formats as listed above after our representation for this matter has concluded. If you ever desire to not be contacted via a certain method, please let us know in writing.

**Arbitration Clause:** All disputes arising under this agreement shall be governed by and interpreted in accordance with the laws of Mississippi, without regard to principles of conflict of laws. The parties to this agreement will submit all disputes arising under this agreement to arbitration before a single arbitrator of the American Arbitration Association (AAA). The arbitrator shall be selected by application of the rules of the AAA, or by mutual agreement of the parties, except that such arbitrator shall be an attorney admitted to practice law in the state of Mississippi. No party to this agreement will challenge the jurisdiction or venue provisions as provided in this section. Nothing contained herein shall prevent the party from obtaining an injunction.

RICHARD SCHWARTZ
& ASSOCIATES, P. A.
INJURY LAWYERS

I acknowledge that I have read and understand this agreement. I agree to the terms of this contract and further agree that it constitutes the entire agreement between us. The provisions of this contract are severable. If one part is determined to be invalid, the rest of the contract remains in effect. This contract shall by interpreted according to the laws of the State of Mississippi. There are no other agreements, oral or written.

This is the ____________ day of 2026-02-16 14:27:36 (UTC-06:0 ____________, 20___.

SCHWARTZ & ASSOCIATES, P.A.

By: ______________________________ ______________________________

Representing Attorney Client