# SETTLEMENT STATEMENT OF APRIL DENISE BROWN

**DOA: 12/12/2025**
**File No. 1083890**
**Bankruptcy Case No. 25-50343-KMS**

| | |
|---|---|
| **AMOUNT OF TOTAL SETTLEMENT:** | **$25,000.00** |
| **LESS LEGAL FEES:** | **$ 8,750.00** |
| **LESS EXPENSES:** | **$ 299.00** |
| Copies at .25 per copy | $175.30 |
| Postage | $123.70 |
| **DEDUCT AND RETAIN TO PAY TO OTHERS:** | **$0.00** |

| **Provider** | **Account Number** | **Amount Owed** |
|---|---|---|

| | |
|---|---|
| **AMOUNT DUE TO BANKRUPTCY ESTATE:** | **$15,951.00** |

**EXHIBIT "B"**