Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Apr 8 08:29:35 CDT 2026

First Consumers Financial of Monticello, LLC
c/o B. Joey Hood, II, Esq.
Post Office Box 759
Ackerman, MS 39735-0759

Monticello Finance, LLC
PO box 2048
Monticello, MS 39654-2048

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Montice
Post Office Box 759
Ackerman, MS 39735-0759

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Country Credit LLC
535 Schwem Ave
Brookhaven, MS 39601-2747

(p)EMPOWER FINANCE INC
9169 W STATE ST
#499
GARDEN CITY ID 83714-1733

Ferguson Federal Credit Union
1026 E Broad St
Monticello, MS 39654-7702

First Consumer Financial of Monticello, LLC
PO Box 879
Monticello, MS 39654-0879

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

John S. Simpson, Esq.
Simpson Law Firm, P.A.
For: Fergerson Federal Credit Union
P.O. Box 2058
Madison, MS 39130-2058

Koalafi
424 Hull St Suite 600
Richmond, VA 23224-4114

Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

MS Title Loan
610 E Monticelo St
Brookhaven, MS 39601-3435

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Mississippi Title Loans, Inc.
c/o Legal Dept
8601 Dunwoody Place, Ste. 406
Atlanta, GA 30350-2550

Monticello Finance
950 W Broad St
Monticello, MS 39654-6028

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

River Oaks Hospital, LLC dba Merit Health Ri
Oaks
C/O David l. Mendelson, Esq. Mendelson L
P.O. BOX 17235
MEMPHIS, TN 38187-0235

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Tevin Brown
1388 Nola Rd
Monticello, MS 39654-8514

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1388 Nola Rd
Monticello, MS 39654-8514

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
660 York St Ste 102
San Francisco, CA 94110

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
525 Brookway Blvd
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 36 |
| Bypassed recipients | 2 |
| Total | 38 |