Gulf Coast Community
Federal Credit Union
Stop dreaming. Start Living.
12364 Hwy. 49 • Gulfport, MS 39503

GULFPORT MS 395
29 OCT 2026 AM 1 L

Dog Bite Awareness
#DogBiteAwareness
quadient
FIRST-CLASS MAIL
$000.78
10/28/2026 ZIP 39503
043M31262187
US POSTAGE

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
NOV 02 2026
Danny L. Miller, Clerk of Court
By: AB, Deputy Clerk

Dan M. Russell, JR
US Courthouse
2012 15th St Suite 244
Gulfport, MS 39501

SCREENED BY
US MARSHALS

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

**APPLICATION TO COMPROMISE CONTROVERSY**

To the Honorable Judge of Said Court:

COMES NOW, April Denise Brown, Debtor, hereinafter called "Debtor" and would respectfully show unto the Court the following:

1.

Debtor filed her Chapter 13 Petition on March 11, 2025.

2.

The Debtor was involved in an automobile accident on December 12, 2025. Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi. A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle. Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights. The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle owned by Christopher Smith, driven by Carla Smith, traveling southbound on MS27.

3.

With approval by this Court, the Debtor employed Jake McDaniel and the law firm of Schwartz & Associates, P.A. to represent her in the above-described claim. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.





**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

*Attorney for Debtor*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

*Trustee*
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
cdfnotices@rawlings13.net

*United States Trustee*
USTPRegion05.JA.Ecf@usdoj.gov

April Denise Brown
1388 Nola Road
Monticello, MS 39654-8514

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel
jmcdaniel@1call.org





Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Apr 8 01 23:35 CDT 2026

First Consumers Financial of Monticello, LLC
c/o B. Joey Hood, II, Esq.
Post Office Box 753
Ackerman, MS 39735-0753

Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Monticello
Post Office Box 753
Ackerman, MS 39735-0753

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2941

Conn's HomePlus
3445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Country Credit LLC
525 Johnson Ave
Brookhaven, MS 39601-3747

(p)EMPOWER FINANCE INC
8631 N KIRK ST
#495
KANSAS CITY MO 64118-0733

Ferguson Federal Credit Union
1826 E Broad St
Monticello, MS 39654-7762

First Consumer Financial of Monticello, LLC
PO Box 873
Monticello, MS 39654-0873

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1509 W HIGHLINE AVE
SIOUX FALLS SD 57110-1183

John S. Simpson, Esq
Simpson Law Firm, P A
For: Ferguson Federal Credit Union
P O Box 2058
Madison, MS 39130-2058

Kashable
420 Hall St Suite 600
Richmond, VA 23224-4114

Kashable
Attn: Bankruptcy
Po Box 5318
Glen Allen, VA 23058-5318

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

MS Title Loan
610 E Monticello St
Brookhaven, MS 39601-3435

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Mississippi Title Loans, Inc
c/o Legal Dept
8601 Dunwoody Place, Ste. 406
Atlanta, GA 30350-2550

Monticello Finance
550 W Broad St
Monticello, MS 39654-6828

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

River Oaks Hospital, LLC dba Merit Health River Oaks
C/O David I. Mendelson, Esq. Mendelson L
P.O. BOX 17235
MEMPHIS, TN 38187-0235



4.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. were successful in their representation of the Debtor. Settlement of the Debtor's personal injury claim has been reached, whereby the adverse owner, Christopher Smith, by and through the liability insurance carrier, Mississippi Farm Bureau Casualty Insurance Company, has agreed to pay to Debtor the sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) in full and complete settlement of said claim and cause of action.

5.

Schwartz & Associates, P.A., as Special Counsel for the Debtor seeks compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00.

6.

Debtor, April Denise Brown would show that Blue Cross Blue Shield has waived its lien in the amount of $170,536.75 in its entirety.

7.

That by reason of the foregoing, the Debtor's Plan should be modified to provide that the settlement proceeds from the above referenced personal injury claim be paid to the Trustee, pursuant to Federal Bankruptcy Rules, in order to pay and satisfy Special Counsel's professional fees and legal expenses and all allowed claims, and any remaining funds be disbursed to unsecured creditors herein.

8.

A copy of this Application has been served upon the parties listed on the master mailing matrix as constituted by the Court on the date of service.





**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

**PROPOSED ORDER GRANTING APPLICATION FOR COMPROMISE CONTROVERSY**

THIS CAUSE came on to be heard this day on the Debtor, April Denise Brown's Application for Compromise Controversy (Dk #___), as related to the Debtor's post-petition personal injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Motion, the Debtor should be authorized to compromise and settle the claim as outlined in said Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor will be and is hereby authorized and directed to finalize the settlement with Christopher Smith by and through his automobile liability insurance carrier, Mississippi Farm Bureau Insurance Company, as described in Debtor's Application, whereby the Debtor April Denise Brown will receive $25,000.00 in full and complete settlement of said personal injury claims arising out of the December 12, 2025 motor vehicle accident.

IT IS, FURTHER ORDERED AND ADJUDGED that all settlement proceeds shall be paid over to the Chapter 13 Trustee for disbursements in accord with this Order.

IT IS, FURTHER ORDERED AND ADJUDGED that the Chapter 13 Trustee shall disburse





Sculptor, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Tevin Brown
1388 Nola Rd
Monticello, MS 39654-8514

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1388 Nola Rd
Monticello, MS 39654-8514

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
661 York St Ste 102
San Francisco, CA 94110

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
125 Brookway Blvd
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 36 |
| Bypassed recipients | 2 |
| Total | 38 |



9.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. respectfully requests that the Court approve the settlement of the above-described lawsuit for the sum of $25,000.00

Dated this the 27th day of October, 2026.

Respectfully submitted,

/s/ Jake McDaniel
JAKE MCDANIEL, MSB #106130
SCHWARTZ & ASSOCIATES, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929
jmcdaniel@1call.org





to Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00.

IT IS, FURTHER ORDERED AND ADJUDGED that the Plan is modified to provide that the balance of the settlement proceeds, after the payment of said attorney fees, legal expenses and medical related expenses, will be released to the Debtor to retain for any remaining funds for the necessities of life rather than same being disbursed to unsecured creditors herein.

IT IS, FURTHER ORDERED AND ADJUDGED that Jake McDaniel and the Debtor be, and they are, hereby authorized and directed to execute any documents necessary to effect the compromise and settlement described and set out herein.

IT IS, FURTHER ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted by:
/s/ Jake McDaniel
Jake McDaniel, MSB #106130
162 E. Amite Street
Jackson, Mississippi 39201
601-988-8888
jmcdaniel@1call.org





**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

TO: David Rawlings
P. O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

All Scheduled Creditors

NOTICE OF FILING APPLICATION TO COMPROMISE CONTROVERSY

YOU ARE HEREBY NOTIFIED that the above-named Debtor has filed with the Bankruptcy Court an Application to Compromise Controversy.

YOU ARE FURTHER NOTIFIED that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 27th day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org

CERTIFICATE OF SERVICE

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel





IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR — NO. 25-50343-KMS

APPLICATION FOR COMPENSATION

To the Honorable Judge of Said Court:

COMES NOW April Denise Brown, Debtor, hereinafter called "Debtor" and would respectfully show unto the Court the following:

1.

Debtor filed her Chapter 13 Petition on March 11, 2025.

2.

The Debtor was involved in an automobile accident on December 12, 2025. Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi. A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle. Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights. The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle owned by Christopher Smith, driven by Carla Smith, traveling southbound on MS27.

3.

With approval by this Court, the Debtor employed Jake McDaniel and the law firm of Schwartz & Associates, P.A. to represent her in the above-described claim. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.

4.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. were successful in their





RICHARD SCHWARTZ
& ASSOCIATES, P. A.
INJURY LAWYERS

PROFESSIONAL SERVICE AGREEMENT

THE UNDERSIGNED April Brown (hereinafter referred to as "Client"), employs the law firm of Schwartz and Associates, P.A., (hereinafter referred to as "Firm") as the Attorneys at Law to recover by suit or settlement, claims for damages by reason of that certain incident that occurred on or about 12/12/2025 and agree that said firm shall receive for their services as sum of equal to thirty five percent (35%) of the total recovery for their services as obtained prior to filing a lawsuit. If suit is filed, it is agreed that Firm shall receive for their services a sum equal to forty two percent (42%) of the total recovery so obtained. It is understood that the attorney fee is calculated and paid before any other funds are distributed.

It is understood that expenses incurred by the Firm in the investigation and preparation of the claim will be deducted from the amount recoverable after the attorney fee is calculated and before any funds are distributed. Further, if there is a structured settlement, the fees shall be calculated on the present value of the settlement and paid as a lump sum to the Firm at the time of settlement.

The Firm will, at its discretion, pay the legal cost for your claim. Client consents to and authorizes the Firm to retain the services of any experts, doctors, investigators, etc. to work on client's case. Client agrees to pay cost and expenses which shall include, but are not limited to: court costs, computerized legal research costs, legal AI platforms used by the firm, deposition costs, expert costs, witness fee costs, investigator fees, accident reports, medical costs (evaluation, reports and bills, third party medical records vendors), preparation of exhibits and trial costs, copy costs, postage, faxes, long distance telephone charges, reasonable cost of travel undertaken on your behalf, advances, and in addition to any of the above costs. Client further specifically agrees to pay startup costs and administrative costs in the amount of Two Hundred Ninety-Nine Dollars ($299) as well as any other disbursement or expense incurred by the firm or made to or on behalf of the Client.

I hereby authorize the firm, at its discretion, to guarantee payment of my outstanding medical bills and other expenses as they relate to my claim out of the net proceeds of any settlement or judgement. All medical bills not paid out of the settlement remain the Client's responsibility.

Client hereby gives the Firm Power of Attorney to execute all documents and papers the Client could execute relating to the subject matter of the claim or cause of action.

AB
Client Initial





| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-50343-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Wed Oct 8 01:23:33 CDT 2026 | First Consumers Financial of Monticello, LLC<br>c/o R. Joey Reed, II, Esq.<br>Post Office Box 759<br>Ackerman, MS 39735-0759 | Monticello Finance, LLC<br>PO Box 2343<br>Monticello, MS 39654-2343 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | R. Joey Reed, II<br>R. Joey Reed II, Attorney at Law, PLLC<br>For First Consumers Financial of Montice<br>Post Office Box 759<br>Ackerman, MS 39735-0759 | CashNet USA<br>175 W Jackson<br>Ste 1000<br>Chicago, IL 60604-2863 |
| CashNetUSA<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2948 | Conn's HomePlus<br>2445 Technology Forest<br>Building 4, Suite 800<br>The Woodlands, TX 77381-5258 | Country Credit LLC<br>535 Johnson Ave<br>Brookhaven, MS 39601-2747 |
| (p)EMPOWER FINANCE INC<br>8419 W STATE ST<br>#439<br>GARDEN CITY ID 83714-1733 | Ferguson Federal Credit Union<br>1128 E Broad St<br>Monticello, MS 39654-7732 | First Consumer Financial of Monticello, LLC<br>PO Box 879<br>Monticello, MS 39654-0879 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1331 S MINNESOTA AVE<br>SIOUX FALLS SD 57118-1333 | John S. Simpson, Esq.<br>Simpson Law Firm, P.A.<br>For: Ferguson Federal Credit Union<br>P.O. Box 2058<br>Madison, MS 39130-2058 | Koalafi<br>420 Hull St Suite 600<br>Richmond, VA 23224-4114 |
| Koalafi<br>Attn: Bankruptcy<br>Po Box 5518<br>Glen Allen, VA 23058-5518 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| MS Title Loan<br>621 E Monticello St<br>Brookhaven, MS 39601-3415 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Credit Mgmt<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Funding, LLC<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Mississippi Title Loans, Inc.<br>c/o Legal Dept<br>8601 Dunwoody Place, Ste. 406<br>Atlanta, GA 30350-2534 |
| Monticello Finance<br>553 W Broad St<br>Monticello, MS 39654-4128 | NetCredit<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2948 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 142<br>Evansville, IN 47701-0142 |
| OneMain Financial Group, LLC<br>OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | River Oaks Hospital, LLC dba Merit Health River Oaks<br>C/O David L. Mendelson, Esq. Mendelson L<br>P.O. BOX 17235<br>MEMPHIS, TN 38187-0235 |



representation of the Debtor. Settlement of the Debtor's personal injury claim has been reached, whereby the adverse owner, Christopher Smith, by and through the liability insurance carrier, Mississippi Farm Bureau Casualty Insurance Company, has agreed to pay to Debtor the sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) in full and complete settlement of said claim and cause of action.

5.

Schwartz & Associates, P.A., as Special Counsel for the Debtor seeks compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00 as more fully set forth in the Professional Service Agreement, Exhibit "A" and description of expenses attached as Exhibit "B".

Wherefore, the Debtor prays that the sum of $8,750.00 be paid to Jake McDaniel and the law firm of Schwartz & Associates, P.A. and for any such other and further relief as is just.

Dated this the 27th day of October, 2026.

Respectfully submitted,

/s/ Jake McDaniel
JAKE MCDANIEL, MSB #106130
SCHWARTZ & ASSOCIATES, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929
jmcdaniel@1call.org





SCHWARTZ & ASSOCIATES, P.A.

RICHARD SCHWARTZ
& ASSOCIATES, P. A.
INJURY LAWYERS

Client hereby assigns and gives the firm a lien on Client's claim or cause of action or on any sum recovered by way of settlement or any judgment that may be recovered. Either Client or the Firm can withdraw from the case by giving reasonable written notice to the other. If the Firm determines that Client's cause does not have adequate merit, the Firm may withdraw. Any withdrawal by the Firm shall be consistent with the Mississippi Rules of Professional Conduct. In the event that you dismiss the Firm you hereby give the Firm a lien on your future recovery, if any, to secure payment of our cost and attorney fees incurred up until the time of discharge.

The Firm will not compromise said claim without the approval of the Client. The Client agrees to hire the Firm on a contingency fee basis. A written accounting will be provided to you listing incurred fees, costs, known outstanding expenses and known outstanding medical bills. The Firm may, upon approval of the Client, employ associate counsel to assist them in the furtherance of Client's cause of action or claim at the Firm's expense.

During the course of representing you for this matter, Schwartz & Associates will need to communicate with you in whatever methods we are best able to reach you, including phone calls, regular mail, emails, text messages, or other forms of electronic communication. As such you give us your express consent to contact you via these methods. In addition, you give our law firm consent to communicate with you in the same formats as listed above after our representation for this matter has concluded. If you ever desire to not be contacted via a certain method, please let us know in writing.

Arbitration Clause: All disputes arising under this agreement shall be governed by and interpreted in accordance with the laws of Mississippi, without regard to principles of conflict of laws. The parties to this agreement will submit all disputes arising under this agreement to arbitration before a single arbitrator of the American Arbitration Association (AAA). The arbitrator shall be selected by application of the rules of the AAA, or by mutual agreement of the parties, except that such arbitrator shall be an attorney admitted to practice law in the state of Mississippi. No party to this agreement will challenge the jurisdiction or venue provisions as provided in this section. Nothing contained herein shall prevent the party from obtaining an injunction.





| | | |
|---|---|---|
| Acalypsa, LLC<br>C/O Weinstein & Riley, P.S<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | Seventh Ave<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Tevin Brown<br>1388 Nola Rd<br>Monticello, MS 39654-8514 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | April Denise Brown<br>1388 Nola Rd<br>Monticello, MS 39654-8514 | (p)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Empower Cash Advance<br>Attn: Bankruptcy<br>660 Fourth St Ste 162<br>San Francisco, CA 94113 | First National Bank<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | Republic Finance<br>571 Broadway Blvd<br>Brookhaven, MS 39601 |
| (d)Republic Finance, LLC<br>282 Tower Road<br>Ponchatoula, LA 70454 | David Rawlings<br>David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (u)Ferguson Federal Credit Union | (d)Monticello Finance, LLC<br>PO Box 2043<br>Monticello, MS 39654-2343 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | <br>35<br>2<br>37 |



CERTIFICATE OF SERVICE

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

| | |
|---|---|
| *Attorney for Debtor*<br>Thomas Carl Rollins, Jr.<br>The Rollins Law Firm, PLLC<br>P.O. Box 13767<br>Jackson, MS 39236<br>trollins@therollinsfirm.com | *Trustee*<br>David Rawlings<br>Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403<br>ecfnotices@rawlings13.net |
| *United States Trustee*<br>USTPRegion05.JA.ECF@usdoj.gov | April Denise Brown<br>1388 Nola Road<br>Monticello, MS 39654-8514 |

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel
jmcdaniel@1call.org





RICHARD SCHWARTZ
& ASSOCIATES, P. A.
INJURY LAWYERS

I acknowledge that I have read and understand this agreement. I agree to the terms of this contract and further agree that it constitutes the entire agreement between us. The provisions of this contract are severable. If one part is determined to be invalid, the rest of the contract remains in effect. This contract shall by interpreted according to the laws of the State of Mississippi. There are no other agreements, oral or written.

This is the ____________ day of 2026-02-16 14:27:38 (UTC-06:00), 20__.

SCHWARTZ & ASSOCIATES, P.A.

By: ______________________ April Brown ______________________

Representing Attorney — Client

**SETTLEMENT STATEMENT OF APRIL DENISE BROWN**
**DOA: 12/12/2025**
**File No. 1023390**
**Bankruptcy Case No. 25-50343-KMS**

| | |
|---|---|
| AMOUNT OF TOTAL SETTLEMENT: | $25,000.00 |
| LESS LEGAL FEES: | $ 8,750.00 |
| LESS EXPENSES: | $ 299.00 |
| Copies at .25 per copy [illegible] | [illegible] |
| Postage | [illegible] |
| DEDUCT AND RETAIN TO PAY TO OTHERS: | $0.00 |

| Provider | Account Number | Amount Owed |
|---|---|---|

| | |
|---|---|
| AMOUNT DUE TO BANKRUPTCY ESTATE: | $15,951.00 |

EXHIBIT "B"



Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Tevin Brown
1333 Hale Rd
Monticello, MS 39654-6314

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1333 Hale Rd
Monticello, MS 39654-6314

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
[illegible]
San Francisco, CA [illegible]

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
[illegible]
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box [illegible]
Monticello, MS [illegible]

| End of Label Matrix | |
|---|---|
| Mailable recipients | [illegible] |
| Bypassed recipients | [illegible] |
| Total | [illegible] |



Label Matrix for local noticing
0538-4
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
[illegible]

First Consumers Financial of Monticello, LLC
c/o B. Joey Hood, II, Esq.
Post Office Box 753
Brandon, MS 39043-0753

Monticello Finance, LLC
PO Box [illegible]
Monticello, MS [illegible]

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Monticello
Post Office Box 753
Brandon, MS 39043-0753

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL [illegible]

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL [illegible]

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX [illegible]

Country Credit LLC
[illegible]
Brookhaven, MS [illegible]

(p)EMPOWER FINANCE INC
[illegible]
[illegible]

Ferguson Federal Credit Union
[illegible]
Monticello, MS [illegible]

First Consumer Financial of Monticello, LLC
PO Box [illegible]
Monticello, MS [illegible]

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
[illegible]
SIOUX FALLS SD [illegible]

John S. Simpson, Esq.
Simpson Law Firm, P.A.
For: Ferguson Federal Credit Union
P.O. Box [illegible]
Madison, MS [illegible]

SoLoFi
[illegible]
Richmond, VA [illegible]

SoLoFi
Attn: Bankruptcy
Po Box [illegible]
Glen Allen, VA [illegible]

LVNV Funding, LLC
Resurgent Capital Services
PO Box [illegible]
Greenville, SC [illegible]

Loan Funding
Attn: Bankruptcy
Po Box [illegible]
Greenville, SC [illegible]

MS Title Loan
[illegible]
Brookhaven, MS [illegible]

Merrick Bank Corp
Po Box [illegible]
Old Bethpage, NY [illegible]

Midland Credit Management, Inc
PO Box [illegible]
Warren, MI [illegible]

Midland Credit Mgmt
[illegible]
Troy, MI [illegible]

Midland Funding, LLC
Attn: Bankruptcy
Po Box [illegible]
San Diego, CA [illegible]

Mississippi Title Loans, Inc
c/o Legal Dept
[illegible]
Atlanta, GA [illegible]

Monticello Finance
[illegible]
Monticello, MS [illegible]

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL [illegible]

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN [illegible]

OneMain Financial Group, LLC
OneMain
PO Box [illegible]
Evansville, IN [illegible]

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA [illegible]

River Oaks Hospital, LLC dba Merit Health River Oaks
C/O David L. Mendelson, Esq. Mendelson L
P.O. BOX [illegible]
MEMPHIS, TN [illegible]



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 15-50343-KMS**

**ORDER ON APPLICATION TO FOR COMPENSATION**

THIS CAUSE came on to be heard this day on the Debtor's Application for Compensation (Dkt. #___), as related to the Debtor's post-petition bodily injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Application, the Debtor should be authorized to disburse the attorneys' fees and legal expenses as outlined in said Application.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Trustee shall disburse to Jake McDaniel and Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) reimbursement for legal expenses in the amount of $299.00.

##END OF ORDER##

SUBMITTED:
/s/ Jake McDaniel
Jake McDaniel, MSB #106130
Schwartz & Associates, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
(601) 988-8888
jmcdaniel@1call.org



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

TO: David Rawlings
P. O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

All Scheduled Creditors

**NOTICE OF FILING APPLICATION FOR COMPENSATION**

**YOU ARE HEREBY NOTIFIED** that the above-named Debtor has filed with the Bankruptcy Court an Application for Compensation.

**YOU ARE FURTHER NOTIFIED** that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 27th day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org





Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Tevin Brown
1333 Hale Rd
Monticello, MS 39654-6314

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1333 Hale Rd
Monticello, MS 39654-6314

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
[illegible]
San Francisco, CA [illegible]

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
[illegible]
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box [illegible]
Monticello, MS [illegible]

| End of Label Matrix | |
|---|---|
| Mailable recipients | [illegible] |
| Bypassed recipients | [illegible] |
| Total | [illegible] |



Label Matrix for local noticing
0538-4
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
[illegible]

First Consumers Financial of Monticello, LLC
c/o B. Joey Hood, II, Esq.
Post Office Box 753
Brandon, MS 39043-0753

Monticello Finance, LLC
PO Box [illegible]
Monticello, MS [illegible]

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Monticello
Post Office Box 753
Brandon, MS 39043-0753

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL [illegible]

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL [illegible]

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX [illegible]

Country Credit LLC
[illegible]
Brookhaven, MS [illegible]

(p)EMPOWER FINANCE INC
[illegible]

Ferguson Federal Credit Union
[illegible]
Monticello, MS [illegible]

First Consumer Financial of Monticello, LLC
PO Box [illegible]
Monticello, MS [illegible]

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
[illegible]
SIOUX FALLS SD [illegible]

John S. Simpson, Esq.
Simpson Law Firm, P.A.
For: Ferguson Federal Credit Union
P.O. Box [illegible]
Madison, MS [illegible]

SoLoFi
[illegible]
Richmond, VA [illegible]

SoLoFi
Attn: Bankruptcy
Po Box [illegible]
Glen Allen, VA [illegible]

LVNV Funding, LLC
Resurgent Capital Services
PO Box [illegible]
Greenville, SC [illegible]

Loan Funding
Attn: Bankruptcy
Po Box [illegible]
Greenville, SC [illegible]

MS Title Loan
[illegible]
Brookhaven, MS [illegible]

Merrick Bank Corp
Po Box [illegible]
Old Bethpage, NY [illegible]

Midland Credit Management, Inc
PO Box [illegible]
Warren, MI [illegible]

Midland Credit Mgmt
[illegible]
Troy, MI [illegible]

Midland Funding, LLC
Attn: Bankruptcy
Po Box [illegible]
San Diego, CA [illegible]

Mississippi Title Loans, Inc
c/o Legal Dept
[illegible]
Atlanta, GA [illegible]

Monticello Finance
[illegible]
Monticello, MS [illegible]

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL [illegible]

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN [illegible]

OneMain Financial Group, LLC
OneMain
PO Box [illegible]
Evansville, IN [illegible]

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA [illegible]

River Oaks Hospital, LLC dba Merit Health River Oaks
C/O David L. Mendelson, Esq. Mendelson L
P.O. BOX [illegible]
MEMPHIS, TN [illegible]



**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR NO. 25-50343-KMS

**APPLICATION TO COMPROMISE CONTROVERSY**

To the Honorable Judge of Said Court:

COMES NOW, April Denise Brown, Debtor, hereinafter called "Debtor" and would respectfully show unto the Court the following:

1.

Debtor filed her Chapter 13 Petition on March 11, 2025.

2.

The Debtor was involved in an automobile accident on December 12, 2025. Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi. A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle. Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights. The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle owned by Christopher Smith, driven by Carla Smith, traveling southbound on MS27.

3.

With approval by this Court, the Debtor employed Jake McDaniel and the law firm of Schwartz & Associates, P.A. to represent her in the above-described claim. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.





4.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. were successful in their representation of the Debtor. Settlement of the Debtor's personal injury claim has been reached, whereby the adverse owner, Christopher Smith, by and through the liability insurance carrier, Mississippi Farm Bureau Casualty Insurance Company, has agreed to pay to Debtor the sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) in full and complete settlement of said claim and cause of action.

5.

Schwartz & Associates, P.A., as Special Counsel for the Debtor seeks compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00.

6.

Debtor, April Denise Brown would show that Blue Cross Blue Shield has waived its lien in the amount of $170,536.75 in its entirety.

7.

That by reason of the foregoing, the Debtor's Plan should be modified to provide that the settlement proceeds from the above referenced personal injury claim be paid to the Trustee, pursuant to Federal Bankruptcy Rules, in order to pay and satisfy Special Counsel's professional fees and legal expenses and all allowed claims, and any remaining funds be disbursed to unsecured creditors herein.

8.

A copy of this Application has been served upon the parties listed on the master mailing matrix as constituted by the Court on the date of service.





9.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. respectfully requests that the Court approve the settlement of the above-described lawsuit for the sum of $25,000.00.

Dated this the 27th day of October, 2026.

Respectfully submitted,

/s/ Jake McDaniel
JAKE MCDANIEL, MSB #106130
SCHWARTZ & ASSOCIATES, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929
jmcdaniel@1call.org





**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

| | |
|---|---|
| *Attorney for Debtor*<br>Thomas Carl Rollins, Jr.<br>The Rollins Law Firm, PLLC<br>P.O. Box 13767<br>Jackson, MS 39236<br>trollins@therollinsfirm.com | *Trustee*<br>David Rawlings<br>Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403<br>sdfnotices@rawlings13.net |
| *United States Trustee*<br>USTPRegion05.JA.Ecf@usdoj.gov | April Denise Brown<br>1388 Nola Road<br>Monticello, MS 39654-8514 |

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel
jmcdaniel@1call.org





**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR NO. 25-50343-KMS

**PROPOSED ORDER GRANTING APPLICATION FOR COMPROMISE CONTROVERSY**

THIS CAUSE came on to be heard this day on the Debtor, April Denise Brown's Application for Compromise Controversy (Dk #___), as related to the Debtor's post-petition personal injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Motion, the Debtor should be authorized to compromise and settle the claim as outlined in said Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor will be and is hereby authorized and directed to finalize the settlement with Christopher Smith by and through his automobile liability insurance carrier, Mississippi Farm Bureau Insurance Company, as described in Debtor's Application, whereby the Debtor April Denise Brown will receive $25,000.00 in full and complete settlement of said personal injury claims arising out of the December 12, 2025 motor vehicle accident.

IT IS, FURTHER ORDERED AND ADJUDGED that all settlement proceeds shall be paid over to the Chapter 13 Trustee for disbursements in accord with this Order.

IT IS, FURTHER ORDERED AND ADJUDGED that the Chapter 13 Trustee shall disburse





to Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00.

IT IS, FURTHER ORDERED AND ADJUDGED that the Plan is modified to provide that the balance of the settlement proceeds, after the payment of said attorney fees, legal expenses and medical related expenses, will be released to the Debtor to retain for any remaining funds for the necessities of life rather than same being disbursed to unsecured creditors herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that Jake McDaniel and the Debtor be, and they are, hereby authorized and directed to execute any documents necessary to effect the compromise and settlement described and set forth herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted by:
/s/ Jake McDaniel
Jake McDaniel, MSB #106130
162 E. Amite Street
Jackson, Mississippi 39201
601-988-8888
jmcdaniel@1call.org





| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-50343-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Wed Apr [illegible] | First Consumers Financial of Monticello, LLC<br>c/o D. Joey Reed, II, Esq.<br>Post Office Box 733<br>Ackerman, MS 39735-0733 | Monticello Finance, LLC<br>PO Box 2648<br>Monticello, MS 39654-2648 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | D. Joey Reed, II<br>D. Joey Reed II, Attorney at Law, PLLC<br>For First Consumers Financial of Montice<br>Post Office Box 733<br>Ackerman, MS 39735-0733 | CashNet USA<br>175 W Jackson<br>Ste 1000<br>Chicago, IL 60604-2863 |
| CashNetUSA<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2863 | Conn's HomePlus<br>2445 Technology Forest<br>Building 4, Suite 800<br>The Woodlands, TX 77381-5258 | Country Credit LLC<br>535 [illegible] Ave<br>Brookhaven, MS 39601-2747 |
| (p)EMPOWER FINANCE INC<br>9119 W STATE ST<br>#499<br>GARDEN CITY ID 83714-1733 | Ferguson Federal Credit Union<br>1020 E Broad St<br>Monticello, MS 39654-7262 | First Consumer Financial of Monticello, LLC<br>PO Box 673<br>Monticello, MS 39654-0673 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>[illegible]<br>SIOUX FALLS SD [illegible] | John S. Simpson, Esq<br>Simpson Law Firm, P.A<br>For: Ferguson Federal Credit Union<br>P.O. Box 2333<br>Madison, MS 39130-2058 | Koalafi<br>424 Hull St Suite 602<br>Richmond, VA 23224-4111 |
| Koalafi<br>Attn: Bankruptcy<br>Po Box 5518<br>Glen Allen, VA 23058-5518 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| MS Title Loan<br>418 E Monticello St<br>Brookhaven, MS 39601-3435 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Credit Mgmt<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Funding, LLC<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Mississippi Title Loans, Inc.<br>c/o Legal Dept<br>8601 Dunwoody Place, Ste. 406<br>Atlanta, GA 30350-2533 |
| Monticello Finance<br>953 E Broad St<br>Monticello, MS 39654-6123 | NetCredit<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2948 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 142<br>Evansville, IN 47701-0142 |
| OneMain Financial Group, LLC<br>OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | River Oaks Hospital, LLC dba Merit Health Ri<br>Oaks<br>C/O David L. Mendelson, Esq. Mendelson L<br>P.O. BOX 17235<br>MEMPHIS, TN 38187-0235 |



| | | |
|---|---|---|
| Scolopax, LLC<br>C/O Weinstein & Riley, P.S.<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | Seventh Ave<br>Attn. Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Tevis Brown<br>1388 Nola Rd<br>Monticello, MS 39654-8514 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | April Denise Brown<br>1388 Nola Rd<br>Monticello, MS 39654-8514 | (p)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Empower Cash Advance<br>Attn: Bankruptcy<br>660 York St Ste 102<br>San Francisco, CA 94110 | First National Bank<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | Republic Finance<br>523 Brookway Blvd<br>Brookhaven, MS 39601 |
| (d)Republic Finance, LLC<br>282 Tower Road<br>Ponchatoula, LA 70454 | David Rawlings<br>David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ferguson Federal Credit Union | (d)Monticello Finance, LLC<br>PO Box 2648<br>Monticello, MS 39654-2648 | End of Label Matrix<br>Mailable recipients 38<br>Bypassed recipients [illegible]<br>Total [illegible] |



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR NO. 25-50343-KMS

| | |
|---|---|
| TO: David Rawlings<br>P. O. Box 566<br>Hattiesburg, MS 39403 | United States Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |

All Scheduled Creditors

**NOTICE OF FILING APPLICATION TO COMPROMISE CONTROVERSY**

YOU ARE HEREBY NOTIFIED that the above-named Debtor has filed with the Bankruptcy Court an Application to Compromise Controversy.

YOU ARE FURTHER NOTIFIED that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 27th day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org

**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to.

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel





Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
[illegible]

First Consumers Financial of Monticello, LLC
c/o R. Joey Reed, II, Esq.
Post Office Box 759
[illegible], MS 39735-0759

Monticello Finance, LLC
PO Box 2348
Monticello, MS 39654-2048

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

R. Joey Reed, II
R. Joey Reed II, Attorney at Law, PLLC
For First Consumers Financial of Montice
Post Office Box 759
[illegible], MS 39735-0759

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2940

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Country Credit LLC
575 [illegible]
Brookhaven, MS 39601-2743

(p)[illegible] FINANCE INC
[illegible]
[illegible]
[illegible]

Ferguson Federal Credit Union
1026 E Broad St
Monticello, MS 39654-7732

First Consumer Financial of Monticello, LLC
PO Box 879
Monticello, MS 39654-0879

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
[illegible]
SIOUX FALLS SD [illegible]

John S. Simpson, Esq.
Simpson Law Firm, P.A.
For: Ferguson Federal Credit Union
P.O. Box 2058
Madison, MS 39130-2058

Koalafi
420 Hull St Suite 610
Richmond, VA 23224-4114

Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

MS Title Loan
[illegible] Monticello St
Brookhaven, MS 39601-3435

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Mississippi Title Loans, Inc.
c/o Legal Dept
[illegible] Dunwoody Place, Ste. 406
Atlanta, GA 30350-2550

Monticello Finance
353 W Broad St
Monticello, MS 39654-6328

NetCredit
175 W Jackson Blvd
Suite 400
Chicago, IL 60604-2940

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

River Oaks Hospital, LLC dba Merit Health Ri
Oaks
C/O David L. Mendelson, Esq. Mendelson &
P.O. BOX 17235
MEMPHIS, TN 38187-0235



Scolopax, LLC
C/O Weinstein & Riley, P.S.
[illegible]
[illegible], TX [illegible]

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Twila Brown
1388 Nola Rd
Monticello, MS 39654-8514

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1388 Nola Rd
Monticello, MS 39654-8514

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
660 York St Ste 102
San Francisco, CA 94110

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
125 Brookway Blvd
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | [illegible] |
| Bypassed recipients | 3 |
| Total | [illegible] |



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR — NO. 25-50343-KMS

**APPLICATION FOR COMPENSATION**

To the Honorable Judge of Said Court:

COMES NOW April Denise Brown, Debtor, hereinafter called "Debtor" and would respectfully show unto the Court the following:

1.

Debtor filed her Chapter 13 Petition on March 11, 2025.

2.

The Debtor was involved in an automobile accident on December 12, 2025. Debtor was traveling north on MS27 in Monticello, Lawrence County, Mississippi. A vehicle driven by Zoey Claire Speights, traveling behind Debtor's vehicle. Debtor slowed while approaching the intersection of Nola Road, and was rear-ended by the vehicle driven by Zoey Claire Speights. The impact of the collision caused Debtor to veer into the southbound lane, and collide with a vehicle owned by Christopher Smith, driven by Carla Smith, traveling southbound on MS27.

3.

With approval by this Court, the Debtor employed Jake McDaniel and the law firm of Schwartz & Associates, P.A. to represent her in the above-described claim. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.

4.

Jake McDaniel and the law firm of Schwartz & Associates, P.A. were successful in their





representation of the Debtor. Settlement of the Debtor's personal injury claim has been reached, whereby the adverse owner, Christopher Smith, by and through the liability insurance carrier, Mississippi Farm Bureau Casualty Insurance Company, has agreed to pay to Debtor the sum of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) in full and complete settlement of said claim and cause of action.

5.

Schwartz & Associates, P.A., as Special Counsel for the Debtor seeks compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00 as more fully set forth in the Professional Service Agreement, Exhibit "A" and description of expenses attached as Exhibit "B".

Wherefore, the Debtor prays that the sum of $8,750.00 be paid to Jake McDaniel and the law firm of Schwartz & Associates, P.A. and for any such other and further relief as is just.

Dated this the 27th day of October, 2026.

Respectfully submitted,

/s/ Jake McDaniel
JAKE MCDANIEL, MSB #106130
SCHWARTZ & ASSOCIATES, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929
jmcdaniel@1call.org





**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

*Attorney for Debtor*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

*Trustee*
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
ecfnotices@rawlings13.net

*United States Trustee*
USTPRegion05.JA.Ecf@usdoj.gov

April Denise Brown
1388 Nola Road
Monticello, MS 39654-8514

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel
jmcdaniel@1call.org





RICHARD SCHWARTZ & ASSOCIATES, P. A.
INJURY LAWYERS

***PROFESSIONAL SERVICE AGREEMENT***

THE UNDERSIGNED, April Brown, (hereinafter referred to as "Client"), employs the law firm of Schwartz and Associates, P.A., (hereinafter referred to as "Firm") as the Attorneys at Law to recover by suit or settlement, claims for damages by reason of that certain incident that occurred on or about 12/12/2025 and agree that said firm shall receive for their services as sum of equal to thirty five percent (35%) of the total recovery for their services so obtained prior to filing a lawsuit. If suit is filed, it is agreed that Firm shall receive for their services a sum equal to forty two percent (42%) of the total recovery so obtained. It is understood that the attorney fee is calculated and paid before any other funds are distributed.

It is understood that expenses incurred by the Firm in the investigation and preparation of the claim will be deducted from the amount recoverable after the attorney fee is calculated and before any funds are distributed. Further, if there is a structured settlement, the fees shall be calculated on the present value of the settlement and paid as a lump sum to the Firm at the time of settlement.

The Firm will, at its discretion, pay the legal cost for your claim. Client consents to and authorizes the Firm to retain the services of any experts, doctors, investigators, etc. to work on client's case. Client agrees to pay cost and expenses which shall include, but are not limited to: court costs, computerized legal research costs, legal AI platforms used by the firm, deposition costs, expert costs, witness fee costs, investigator fees, accident reports, medical costs (evaluation, reports and bills, third party medical records vendors), preparation of exhibits and trial costs, copy costs, postage, faxes, long distance telephone charges, reasonable cost of travel undertaken on your behalf, advances, and in addition to any of the above costs. Client further specifically agrees to pay startup costs and administrative costs in the amount of Two Hundred Ninety-Nine Dollars ($299) as well as any other disbursement or expense incurred by the firm or made to or on behalf of the Client.

I hereby authorize the firm, at its discretion, to guarantee payment of my outstanding medical bills and other expenses as they relate to my claim out of the net proceeds of any settlement or judgement. All medical bills not paid out of the settlement remain the Client's responsibility.

Client hereby gives the Firm Power of Attorney to execute all documents and papers the Client could execute relating to the subject matter of the claim or cause of action.

AB
Client initial





**SCHWARTZ & ASSOCIATES, P.A.**

RICHARD SCHWARTZ & ASSOCIATES, P. A.
INJURY LAWYERS

Client hereby assigns and gives the firm a lien on Client's claim or cause of action or on any sum recovered by way of settlement or any judgment that may be recovered. Either Client or the Firm can withdraw from the case by giving reasonable written notice to the other. If the Firm determines that Client's cause does not have adequate merit, the Firm may withdraw. Any withdrawal by the Firm shall be consistent with the Mississippi Rules of Professional Conduct. In the event that you dismiss the Firm you hereby give the Firm a lien on your future recovery, if any, to secure payment of our cost and attorney fees incurred up until the time of discharge.

The Firm will not compromise said claim without the approval of the Client. The Client agrees to hire the Firm on a contingency fee basis. A written accounting will be provided to you listing incurred fees, costs, known outstanding expenses and known outstanding medical bills. The Firm may, upon approval of the Client, employ associate counsel to assist them in the furtherance of Client's cause of action or claim at the Firm's expense.

During the course of representing you for this matter. Schwartz & Associates will need to communicate with you in whatever methods we are best able to reach you, including phone calls, regular mail, emails, text messages, or other forms of electronic communication. As such you give us your express consent to contact you via these methods. In addition, you give our law firm consent to communicate with you in the same formats as listed above after our representation for this matter has concluded. If you ever desire to not be contacted via a certain method, please let us know in writing.

Arbitration Clause: All disputes arising under this agreement shall be governed by and interpreted in accordance with the laws of Mississippi, without regard to principles of conflict of laws. The parties to this agreement will submit all disputes arising under this agreement to arbitration before a single arbitrator of the American Arbitration Association (AAA). The arbitrator shall be selected by application of the rules of the AAA, or by mutual agreement of the parties, except that such arbitrator shall be an attorney admitted to practice law in the state of Mississippi. No party to this agreement will challenge the jurisdiction or venue provisions as provided in this section. Nothing contained herein shall prevent the party from obtaining an injunction.





RICHARD SCHWARTZ & ASSOCIATES, P. A.
INJURY LAWYERS

I acknowledge that I have read and understand this agreement. I agree to the terms of this contract and further agree that it constitutes the entire agreement between us. The provisions of this contract are severable. If one part is determined to be invalid, the rest of the contract remains in effect. This contract shall by interpreted according to the laws of the State of Mississippi. There are no other agreements, oral or written.

This is the __________ day of 2026-02-15 14:27:36 (UTC-06:00), 20___.

SCHWARTZ & ASSOCIATES, P.A.

By: ______________________ April Brown
Representing Attorney — Client

**SETTLEMENT STATEMENT OF APRIL DENISE BROWN**
DOA: 12/12/2025
File No. 1033290
Bankruptcy Case No. 25-50343-KMS

| | |
|---|---|
| AMOUNT OF TOTAL SETTLEMENT: | $25,000.00 |
| LESS LEGAL FEES: | $ 8,750.00 |
| LESS EXPENSES: | $ 299.00 |
| Copies @ .25 per copy | $ 175.30 |
| Postage | $ 123.70 |
| DEDUCT AND RETAIN TO PAY TO OTHERS: | $0.00 |

| Provider | Account Number | Amount Owed |
|---|---|---|

| | |
|---|---|
| AMOUNT DUE TO BANKRUPTCY ESTATE: | $15,951.00 |

EXHIBIT "B"



Acclaim, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Tevin Brown
1332 Wals Rd
Monticello, MS 39654-8314

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1332 Wals Rd
Monticello, MS 39654-8314

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
660 York St Ste 102
San Francisco, CA 94110

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
525 Broadway Blvd
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

End of Label Matrix
Mailable recipients 36
Bypassed recipients 2
Total 38



Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Apr 8 08:23:33 CDT 2026

First Consumers Financial of Monticello, LLC
c/o R. Joey Hood, II, Esq.
Post Office Box 759
Ackerman, MS 39735-0759

Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

R. Joey Hood, II
R. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Montice
Post Office Box 759
Ackerman, MS 39735-0759

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Country Credit LLC
535 Johnson Ave
Brookhaven, MS 39601-2747

(p)EMPOWER FINANCE INC
9041 W STATE ST
#495
GARDEN CITY ID 83714-1733

Ferguson Federal Credit Union
1228 E Broad St
Monticello, MS 39654-7702

First Consumer Financial of Monticello, LLC
PO Box 873
Monticello, MS 39654-0279

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1501 S MINNESOTA AVE
SIOUX FALLS SD 57110-1033

John S. Simpson, Esq
Simpson Law Firm, P.A
For: Ferguson Federal Credit Union
P O. Box 2058
Madison, MS 39130-2058

Koalafi
424 Hull St Suite 600
Richmond, VA 23224-4116

Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding
Attn: Bankruptcy
Po Box 12437
Greenville, SC 29603-0497

MS Title Loan
410 S Monticello St
Brookhaven, MS 39601-3435

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Mississippi Title Loans, Inc
c/o Legal Dept
8601 Dunwoody Place, Ste. 406
Atlanta, GA 30350-2536

Monticello Finance
353 W Broad St
Monticello, MS 39654-6323

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

River Oaks Hospital, LLC dba Merit Health Ri
Oaks
C/O David I. Mendelson, Esq. Mendelson &
P.O. BOX 17235
MEMPHIS, TN 38187-0235



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR NO. 25-50343-KMS

**ORDER ON APPLICATION TO FOR COMPENSATION**

THIS CAUSE came on to be heard this day on the Debtor's Application for Compensation (Dkt #___), as related to the Debtor's post-petition bodily injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Application, the Debtor should be authorized to disburse the attorneys' fees and legal expenses as outlined in said Application.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Trustee shall disburse to Jake McDaniel and Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) reimbursement for legal expenses in the amount of $299.00

##END OF ORDER##

SUBMITTED
/s/ Jake McDaniel
Jake McDaniel, MSB #106130
Schwartz & Associates, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
(601) 988-8888
jmcdaniel@1call.org



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
APRIL DENISE BROWN, DEBTOR NO. 25-50343-KMS

TO: David Rawlings
P. O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

All Scheduled Creditors

**NOTICE OF FILING APPLICATION FOR COMPENSATION**

YOU ARE HEREBY NOTIFIED that the above-named Debtor has filed with the Bankruptcy Court an Application for Compensation.

YOU ARE FURTHER NOTIFIED that any objections to this motion should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the motion as filed.

DATED this the 27th day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel, MSB #106130

Schwartz & Associates, P.A.
P.O. Box 3949
Jackson, MS 39207
(601) 988-8888
jmcdaniel@1call.org





Acclaim, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Seventh Ave
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Tevin Brown
1332 Wals Rd
Monticello, MS 39654-8314

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

April Denise Brown
1332 Wals Rd
Monticello, MS 39654-8314

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Empower Cash Advance
Attn: Bankruptcy
660 York St Ste 102
San Francisco, CA 94110

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Republic Finance
525 Broadway Blvd
Brookhaven, MS 39601

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

David Rawlings
David Rawlings, Chapter 13 Trustee
P O. Box 566
Hattiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Federal Credit Union

(d)Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

End of Label Matrix
Mailable recipients 36
Bypassed recipients 2
Total 38



Label Matrix for local noticing
0538-6
Case 25-50343-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Apr 8 08:23:33 CDT 2026

First Consumers Financial of Monticello, LLC
c/o R. Joey Hood, II, Esq.
Post Office Box 759
Ackerman, MS 39735-0759

Monticello Finance, LLC
PO Box 2048
Monticello, MS 39654-2048

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

R. Joey Hood, II
R. Joey Hood II, Attorney at Law, PLLC
For First Consumers Financial of Montice
Post Office Box 759
Ackerman, MS 39735-0759

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

Conn's HomePlus
2445 Technology Forest
Building 4, Suite 800
The Woodlands, TX 77381-5258

Country Credit LLC
535 Johnson Ave
Brookhaven, MS 39601-2747

(p)EMPOWER FINANCE INC
9041 W STATE ST
#495
GARDEN CITY ID 83714-1733

Ferguson Federal Credit Union
1228 E Broad St
Monticello, MS 39654-7702

First Consumer Financial of Monticello, LLC
PO Box 873
Monticello, MS 39654-0279

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1501 S MINNESOTA AVE
SIOUX FALLS SD 57110-1033

John S. Simpson, Esq
Simpson Law Firm, P.A
For: Ferguson Federal Credit Union
P O. Box 2058
Madison, MS 39130-2058

Koalafi
424 Hull St Suite 600
Richmond, VA 23224-4116

Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding
Attn: Bankruptcy
Po Box 12437
Greenville, SC 29603-0497

MS Title Loan
410 S Monticello St
Brookhaven, MS 39601-3435

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083-1271

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Mississippi Title Loans, Inc
c/o Legal Dept
8601 Dunwoody Place, Ste. 406
Atlanta, GA 30350-2536

Monticello Finance
353 W Broad St
Monticello, MS 39654-6323

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701-0142

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

River Oaks Hospital, LLC dba Merit Health Ri
Oaks
C/O David I. Mendelson, Esq. Mendelson &
P.O. BOX 17235
MEMPHIS, TN 38187-0235



**CERTIFICATE OF SERVICE**

I, Jake McDaniel, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

All parties listed on the master mailing matrix attached hereto.

This the _____ day of October, 2026.

/s/ Jake McDaniel
Jake McDaniel