**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

## ORDER GRANTING APPLICATION FOR COMPROMISE CONTROVERSY

THIS CAUSE came on this day on the Debtor, April Denise Brown's Application for Compromise Controversy (Dk #**58** ), as related to the Debtor's post-petition personal injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Motion, the Debtor should be authorized to compromise and settle the claim as outlined in said Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor will be and is hereby authorized and directed to finalize the settlement with Christopher Smith by and through his automobile liability insurance carrier, Mississippi Farm Bureau Insurance Company, as described in Debtor's Application, whereby the Debtor April Denise Brown will receive $25,000.00 in full and complete settlement of said personal injury claims arising out of the December 12, 2025 motor vehicle accident.

IT IS, FURTHER ORDERED AND ADJUDGED that all settlement proceeds shall be paid over to the Chapter 13 Trustee for disbursements in accord with this Order.

IT IS, FURTHER ORDERED AND ADJUDGED that the Chapter 13 Trustee shall disburse

to Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00.

IT IS, FURTHER ORDERED AND ADJUDGED that the Plan is modified to provide that the balance of the settlement proceeds, after the payment of said attorney fees, legal expenses and medical related expenses, will be released to the Debtor to retain for any remaining funds for the necessities of life rather than same being disbursed to unsecured creditors herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that Jake McDaniel and the Debtor be, and they are, hereby authorized and directed to execute any documents necessary to effect the compromise and settlement described and set out herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted by:
*/s/ Jake McDaniel*
Jake McDaniel, MSB #106130
162 E. Amite Street
Jackson, Mississippi 39201
601-988-8888
jmcdaniel@1call.org