**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

**ORDER ON APPLICATION TO FOR COMPENSATION**

THIS CAUSE came on this day on the Debtor's Application for Compensation, (Dkt. # 60 ), as related to the Debtor's post-petition bodily injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Application, the Debtor should be authorized to disburse the attorneys' fees and legal expenses as outlined in said Application.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Trustee shall disburse to Jake McDaniel and Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) reimbursement for legal expenses in the amount of $299.00.

##END OF ORDER##

SUBMITTED:
*/s/ Jake McDaniel*
Jake McDaniel, MSB #106130
Schwartz & Associates, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
(601) 988-8888
jmcdaniel@1call.org