United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50343-KMS
April Denise Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 23, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Denise Brown, 1388 Nola Rd, Monticello, MS 39654-8514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Consumers Financial of Monticello LLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jacob A. McDaniel | on behalf of Debtor April Denise Brown jmcdaniel@1call.org jmccarley@1call.org |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor April Denise Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

**ORDER GRANTING APPLICATION FOR COMPROMISE CONTROVERSY**

THIS CAUSE came on this day on the Debtor, April Denise Brown's Application for Compromise Controversy (Dk #**58** ), as related to the Debtor's post-petition personal injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Motion, the Debtor should be authorized to compromise and settle the claim as outlined in said Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor will be and is hereby authorized and directed to finalize the settlement with Christopher Smith by and through his automobile liability insurance carrier, Mississippi Farm Bureau Insurance Company, as described in Debtor's Application, whereby the Debtor April Denise Brown will receive $25,000.00 in full and complete settlement of said personal injury claims arising out of the December 12, 2025 motor vehicle accident.

IT IS, FURTHER ORDERED AND ADJUDGED that all settlement proceeds shall be paid over to the Chapter 13 Trustee for disbursements in accord with this Order.

IT IS, FURTHER ORDERED AND ADJUDGED that the Chapter 13 Trustee shall disburse

to Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) and reimbursement for expenses in the amount of $299.00.

IT IS, FURTHER ORDERED AND ADJUDGED that the Plan is modified to provide that the balance of the settlement proceeds, after the payment of said attorney fees, legal expenses and medical related expenses, will be released to the Debtor to retain for any remaining funds for the necessities of life rather than same being disbursed to unsecured creditors herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that Jake McDaniel and the Debtor be, and they are, hereby authorized and directed to execute any documents necessary to effect the compromise and settlement described and set out herein.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted by:
*/s/ Jake McDaniel*
Jake McDaniel, MSB #106130
162 E. Amite Street
Jackson, Mississippi 39201
601-988-8888
jmcdaniel@1call.org