United States Bankruptcy Court
Southern District of Mississippi

In re:
April Denise Brown
Debtor

Case No. 25-50343-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 23, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Denise Brown, 1388 Nola Rd, Monticello, MS 39654-8514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Consumers Financial of Monticello LLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jacob A. McDaniel | on behalf of Debtor April Denise Brown jmcdaniel@1call.org jmccarley@1call.org |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |

Thomas Carl Rollins, Jr
on behalf of Debtor April Denise Brown trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 23, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**APRIL DENISE BROWN, DEBTOR** **NO. 25-50343-KMS**

**ORDER ON APPLICATION TO FOR COMPENSATION**

THIS CAUSE came on this day on the Debtor's Application for Compensation, (Dkt. # 60 ), as related to the Debtor's post-petition bodily injury claim, and the Court finds that no timely objections have been filed or received and that after reviewing said Application, the Debtor should be authorized to disburse the attorneys' fees and legal expenses as outlined in said Application.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Trustee shall disburse to Jake McDaniel and Schwartz & Associates, P.A., as Special Counsel for the Debtor, compensation for professional fees in the principal amount of $8,750.00 (35% of $25,000.00) reimbursement for legal expenses in the amount of $299.00.

##END OF ORDER##

SUBMITTED:
*/s/ Jake McDaniel*

Jake McDaniel, MSB #106130
Schwartz & Associates, P.A.
Post Office Box 3949
Jackson, Mississippi 39207
(601) 988-8888
jmcdaniel@1call.org